LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Kristen Law Sagafi (State Bar No. 222249)
Daniel M. Hutchinson (State Bar No. 239458)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
David P. Meyer
Matthew R. Wilson
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff Andrew Steinfeld and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Judge:   Hon. Jeffrey S. White |

Plaintiff Andrew Steinfeld and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff Steinfeld filed his Class Action Complaint for Damages and Injunctive Relief Pursuant to 47 U.S.C.. § 227 et seq. (Telephone Consumer Protection Act) on March 6, 2012;

WHEREAS, Defendants waived service of process on April 5, 2012, thereby setting May

1  8, 2012 as the last day for Defendants to file and serve an answer or a motion under Rule 12 of
2  the Federal Rules of Civil Procedure;
3      WHEREAS, the parties have agreed to attend mediation with a private mediator as soon
4  as practicable;
5      WHEREAS, Plaintiff has requested that Defendants produce certain data and documents
6  in advance of the mediation; and
7      WHEREAS, the parties agree that they should devote the limited time between now and
8  the mediation to matters that will advance the parties' ability to engage in meaningful settlement
9  negotiations.
10     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff
11 Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that the last
12 day for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of
13 Civil Procedure shall be extended by thirty (30) days until June 7, 2012.
14     IT IS SO STIPULATED.

15 Dated: May 8, 2012                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

16                                      By:   */s/ Daniel M. Hutchinson*
                                                Daniel M. Hutchinson
17
18                                      Daniel M. Hutchinson
                                        *dhutchinson@lchb.com*
                                        Kristen Law Sagafi
19                                      *ksagafi @lchb.com*
                                        275 Battery Street, 29th Floor
20                                      San Francisco, California  94111-3339
                                        Telephone:  (415) 956-1000
21                                      Facsimile:  (415) 956-1008

22                                      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                        Jonathan D. Selbin
23                                      *jselbin@lchb.com*
                                        250 Hudson Street, 8th Floor
24                                      New York, NY  10013
                                        Telephone:  (212) 355-9500
25                                      Facsimile:  (212) 355-9592

26
27
28

| | |
|---|---|
| 1 | MEYER WILSON CO., LPA |
| 2 | David P. Meyer (*pro hac vice* application to be filed)<br>*dmeyer@meyerwilson.com* |
| 3 | Matthew R. Wilson (*pro hac vice* application to be filed)<br>*mwilson@meyerwilson.com* |
| 4 | 1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215 |
| 5 | Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 |
| 6 | *Attorneys for Plaintiff Steinfeld and the Proposed Class* |

Dated: May 8, 2012           STROOCK & STROOCK & LAVAN LLP

By:   */s/ Lisa M. Simonetti*
          Lisa M. Simonetti

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
Jason S. Yoo
jyoo@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

*Attorneys for Defendants Discover Financial Services; DFS Services, LLC; and Discover Bank*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____May 8_____, 2012         _____/s/ Jeffrey S. White_____
                                       Hon. Jeffrey S. White
                                       United States District Court Judge