LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Kristen Law Sagafi (State Bar No. 222249)
Daniel M. Hutchinson (State Bar No. 239458)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

ANKCORN LAW FIRM PC
Mark Ankcorn (State Bar No. 166871)
mark@markankcorn.com
9845 Erma Road, Suite 300
San Diego, CA 92131
Telephone: 619-870-0600
Facsimile: 619-684-3541

TERRELL MARSHALL DAUDT &
WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff Andrew Steinfeld and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Judge:    Hon. Jeffrey S. White |

Plaintiff Andrew Steinfeld and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

1   WHEREAS, Plaintiff Steinfeld filed his Class Action Complaint for Damages and
2   Injunctive Relief Pursuant to 47 U.S.C.. § 227 et seq. (Telephone Consumer Protection Act) on
3   March 6, 2012;

4   WHEREAS, pursuant to Stipulation and Order so that the parties could attend mediation
5   before the Honorable Carl West (Ret.) of JAMS, the Court set July 19, 2012 as the last day for
6   Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil
7   Procedure (Dkt. No. 12);

8   WHEREAS, the Court set an Initial Case Management Conference for July 20, 2012, at
9   1:30 p.m.;

10  WHEREAS, the parties had constructive sessions on May 31, 2012, and July 10, 2012,
11  but were not able to finally resolve the matter;

12  WHEREAS, the parties have scheduled a follow-up teleconference with Judge West for
13  July 24, 2012 to continue discussions; and

14  WHEREAS, the parties seek to postpone the hearing date so that they may devote the
15  limited time between now and the July 24 teleconference to matters that will advance the parties'
16  ability to engage in meaningful settlement negotiations.

17  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff
18  Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that the last
19  day for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of
20  Civil Procedure shall be extended by four weeks until August16, 2012. The Initial Case
21  Management Conference shall be postponed until September 21, 2012, at 1:30 p.m.

22  IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 13, 2012 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | By:   */s/ Daniel M. Hutchinson* |
| | | Daniel M. Hutchinson |
| 3 | | |
| 4 | | Daniel M. Hutchinson |
| | | *dhutchinson@lchb.com* |
| | | Kristen Law Sagafi |
| 5 | | *ksagafi @lchb.com* |
| | | 275 Battery Street, 29th Floor |
| 6 | | San Francisco, California  94111-3339 |
| | | Telephone:  (415) 956-1000 |
| 7 | | Facsimile:  (415) 956-1008 |
| 8 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | | Jonathan D. Selbin |
| 9 | | *jselbin@lchb.com* |
| | | 250 Hudson Street, 8th Floor |
| 10 | | New York, NY  10013 |
| | | Telephone:  (212) 355-9500 |
| 11 | | Facsimile:  (212) 355-9592 |
| 12 | | MEYER WILSON CO., LPA |
| | | David P. Meyer (*pro hac vice* application to be filed) |
| 13 | | Matthew R. Wilson (admitted *pro hac vice*) |
| | | *mwilson@meyerwilson.com* |
| 14 | | 1320 Dublin Road, Ste. 100 |
| | | Columbus, Ohio 43215 |
| 15 | | Telephone:  (614) 224-6000 |
| | | Facsimile:  (614) 224-6066 |
| 16 | | |
| 17 | | ANKCORN LAW FIRM PC |
| | | Mark Ankcorn (State Bar No. 166871) |
| 18 | | mark@markankcorn.com |
| | | 9845 Erma Road, Suite 300 |
| 19 | | San Diego, CA 92131 |
| | | Telephone:  619-870-0600 |
| 20 | | Facsimile:  619-684-3541 |
| 21 | | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 22 | | Beth E. Terrell (State Bar No. 178181) |
| | | bterrell@tmdwlaw.com |
| 23 | | 936 North 34th Street, Suite 400 |
| | | Seattle, Washington  98103-8869 |
| 24 | | Telephone: (206) 816-6603 |
| | | Facsimile: (206) 350-3528 |
| 25 | | |
| 26 | | *Attorneys for Plaintiff Steinfeld and the Proposed Class* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 13, 2012 | STROOCK & STROOCK & LAVAN LLP |
| 2 | | By:   */s/ Lisa M. Simonetti* |
| 3 | |       Lisa M. Simonetti |

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
Jason S. Yoo
jyoo@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

*Attorneys for Defendants Discover Financial Services; DFS Services, LLC; and Discover Bank*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

**FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2012 , 2012

_____
Hon. Jeffrey S. White
United States District Court Judge