| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 83013) |
| 2 | LISA M. SIMONETTI (State Bar No. 165996) |
| | SHANNON E. PONEK (State Bar No. 261135) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, California  90067-3086 |
| 4 | Telephone: 310-556-5800 |
| | Facsimile: 310-556-5959 |
| 5 | Email: *lacalendar@stroock.com* |
| 6 | Attorneys for Defendants |
| |    DISCOVER FINANCIAL SERVICES, |
| 7 |    DFS SERVICES LLC and DISCOVER BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW STEINFELD, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,

    Defendants.

Case No. 3:12-cv-01118-JSW

[Assigned to the Hon. Jeffrey S. White]

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FROM OCTOBER 11, 2012 TO DECEMBER 11, 2012 AND INITIAL CASE MANAGEMENT CONFERENCE FROM NOVEMBER 16, 2012 TO JANUARY 18, 2013**

1  Plaintiff Andrew Steinfeld and Defendants Discover Financial Services, DFS Financial
2  Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel,
3  hereby stipulate as follows:
4  WHEREAS, Plaintiff Steinfeld filed his Class Action Complaint for Damages and
5  Injunctive Relief Pursuant to 47 U.S.C. § 227, *et seq.* (Telephone Consumer Protection Act) on
6  March 6, 2012;
7  WHEREAS, pursuant to Stipulation and Order so that the parties could attend mediation
8  before the Honorable Carl West (Ret.) of JAMS, the Court set August 16, 2012, as the last day for
9  Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil
10 Procedure (Dkt. No. 19);
11 WHEREAS, the Court set an Initial Case Management Conference for September 21, 2012,
12 at 1:30 p.m. (Dkt. No. 19);
13 WHEREAS, the parties had constructive sessions on May 31, 2012, and July 10, 2012, and
14 follow-up teleconferences with Judge West on July 24, 2012, and August 6, 2012, but were not
15 able to finally resolve the matter;
16 WHEREAS, the parties scheduled a mediation with Judge West for September 27, 2012 to
17 continue discussions;
18 WHEREAS, on August 21, 2012, the Court entered the parties Stipulation and [Proposed]
19 Order Regarding Case Schedule and continued the deadline for Defendants to file and serve an
20 answer or a motion under Rule 12 of the Federal Rules of Civil Procedure to October 11, 2012 and
21 postponed the Initial Case Management Conference until November 16, 2012 (Dkt. No. 20);
22 WHEREAS, the parties had a constructive mediation session on September 27, 2012, but
23 were not able to finally resolve the matter; and
24 WHEREAS, the parties seek to continue the deadline for Defendants to file and serve an
25 answer or a motion under Rule 12 of the Federal Rules of Civil Procedure and postpone the Initial

-1-

LA 51591922v1

Case Management Conference so that they may devote the time to matters that will advance the parties' ability to finally resolve the matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that the last day for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure shall be continued from October 11, 2012 to December 11, 2012.  The Initial Case Management Conference shall be postponed until January 18, 2013 at 1:30 p.m.

IT IS SO STIPULATED.

Dated:  October 11, 2012            STROOCK & STROOCK & LAVAN LLP

By:  */s/ Lisa M. Simonetti*
         Lisa M. Simonetti

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
Shannon E. Ponek
sponek@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959

Attorneys for Defendants Discover Financial Services, DFS Services LLC And Discover Bank

Dated:  October 11, 2012            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  */s/ Daniel M. Hutchinson*
        Daniel M. Hutchinson

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:   415-956-1008

[continued on next page]

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DEADLINE TO RESPOND TO COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51591922v1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212-355-9500
Facsimile:   212-355-9592

MEYER WILSON CO., LPA
David P. Meyer (*pro hac vice* application to be filed)
Matthew R. Wilson (admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Suite 100
Columbus, OH  43215
Telephone:  614-224-6000
Facsimile:   614-224-6066

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA  92101
Telephone: 619-238-1811
Facsimile:  619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA  98103-8869
Telephone:  206-816-6603
Facsimile:   206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

[PROPOSED] ORDER

**FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: October 15, 2012

_____
Hon. Jeffrey S. White
United States District Court Judge

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DEADLINE TO RESPOND TO COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51591922v1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 11, 2012, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FROM OCTOBER 11, 2012 TO DECEMBER 11, 2012 AND INITIAL CASE MANAGEMENT CONFERENCE FROM NOVEMBER 16, 2012 TO JANUARY 18, 2013** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: _/s/ Lisa M. Simonetti_
Lisa M. Simonetti