STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
    DISCOVER FINANCIAL SERVICES,
    DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>       vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>        Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FROM DECEMBER 11, 2012 TO FEBRUARY 11, 2013 AND INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 18, 2013 TO MARCH 15, 2013** |

Plaintiff Andrew Steinfeld ("Steinfeld") and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties have mediated before the Honorable Carl West (Ret.) of JAMS and have reached an agreement in principle; and

WHEREAS, the parties seek to continue the deadline for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure and postpone the Initial Case Management Conference in order to finalize the terms of the settlement agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that the last day for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure shall be continued from December 11, 2012 to February 11, 2013. The Initial Case Management Conference shall be postponed until March ~~15~~ 22, 2013 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: December 11, 2012

STROOCK & STROOCK & LAVAN LLP

By: _____/s/ Lisa M. Simonetti_____
         Lisa M. Simonetti

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
Shannon E. Ponek
sponek@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone:  310-556-5800

Attorneys for Defendants Discover Financial
Services, DFS Services LLC And Discover Bank

[signatures continued on next page]

1    Dated:  December 11, 2012          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2                                       By:         */s/ Daniel M. Hutchinson*
                                                    Daniel M. Hutchinson
3

4                                       Daniel M. Hutchinson
                                        dhutchinson@lchb.com
5                                       Kristen Law Sagafi
                                        ksagafi@lchb.com
6                                       275 Battery Street, 29th Floor
                                        San Francisco, CA  94111-3339
7                                       Telephone:  415-956-1000
                                        Facsimile:  415-956-1008
8                                       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
9                                       Jonathan D. Selbin
                                        jselbin@lchb.com
10                                      250 Hudson Street, 8th Floor
                                        New York, NY  10013
11                                      Telephone:  212-355-9500
                                        Facsimile:  212-355-9592
12

13

14

15

16

17

18                                 [signatures continued on next page]

19

20

21

22

23

24

25

26

27
                                        -2-
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

LA 51605223v1

CASEY GERRY SCHENK FRANCAVILLA BLATT
& PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA  92101
Telephone:  619-238-1811
Facsimile:  619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA  98103-8869
Telephone:  206-816-6603
Facsimile:  206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

## [PROPOSED] ORDER

**FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT**

**IS SO ORDERED,** AS MODIFIED ABOVE.

Dated: December 13, 2012 _____      _____

Hon. Jeffrey S. White
United States District Court Judge

-3-

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51605223v1