1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   SHANNON E. PONEK (State Bar No. 261135)
3  2029 Century Park East, Suite 1600
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *lacalendar@stroock.com*

6  Attorneys for Defendants
     DISCOVER FINANCIAL SERVICES,
7    DFS SERVICES LLC and DISCOVER BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ANDREW STEINFELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FROM FEBRUARY 11, 2013 TO MARCH 11, 2013 AND INITIAL CASE MANAGEMENT CONFERENCE FROM MARCH 15, 2013 TO APRIL 19, 2013 |
|---|---|

Plaintiff Andrew Steinfeld ("Steinfeld") and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties have mediated before the Honorable Carl West (Ret.) of JAMS and have reached an agreement in principle; and

WHEREAS, the parties seek to continue the deadline for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure and postpone the Initial Case Management Conference in order to finalize the terms of the settlement agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that the last day for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure shall be continued from February 11, 2013 to March 11, 2013. The Initial Case Management Conference shall be postponed until April 19, 2013 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: February 7, 2013            STROOCK & STROOCK & LAVAN LLP

                                   By:        /s/ Lisa M. Simonetti
                                            Lisa M. Simonetti

                                   Julia B. Strickland
                                   jstrickland@stroock.com
                                   Lisa M. Simonetti
                                   lsimonetti@stroock.com
                                   Shannon E. Ponek
                                   sponek@stroock.com
                                   STROOCK & STROOCK & LAVAN LLP
                                   2029 Century Park East, Suite 1600
                                   Los Angeles, CA  90067-3086
                                   Telephone: 310-556-5800

                                   Attorneys for Defendants Discover Financial
                                   Services, DFS Services LLC And Discover Bank

                       [signatures continued on next page]

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DEADLINE TO RESPOND TO COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51622029

| | |
|---|---|
| Dated: February 7, 2013 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: /s/ Daniel M. Hutchinson |
| | Daniel M. Hutchinson |

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500
Facsimile: 212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

LA 51622029

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: FEB 11 2013

_____
Hon. Jeffrey S. White
United States District Court Judge

LA 51622029