STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  DISCOVER FINANCIAL SERVICES,
  DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK, <br><br> Defendants. | Case No. 3:12-cv-01118-JSW <br><br> [Assigned to the Hon. Jeffrey S. White] <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FROM MARCH 11, 2013 TO MARCH 25, 2013** |

Plaintiff Andrew Steinfeld ("Steinfeld") and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties have mediated before the Honorable Carl West (Ret.) of JAMS and have reached an agreement in principle; and

WHEREAS, the parties seek to continue the deadline for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure in order to finalize the terms of the settlement agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that the last day for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure shall be continued from March 11, 2013 to March 25, 2013.

IT IS SO STIPULATED.

Dated:  March 8, 2013                STROOCK & STROOCK & LAVAN LLP

By:  _____/s/ Lisa M. Simonetti_____
                    Lisa M. Simonetti

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
Shannon E. Ponek
sponek@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone:  310-556-5800

Attorneys for Defendants Discover Financial
Services, DFS Services LLC And Discover Bank

[signatures continued on next page]

-1-

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

1

2  Dated:  March 8, 2013

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  _____/s/ Daniel M. Hutchinson_____
                    Daniel M. Hutchinson

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:  415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212-355-9500
Facsimile:  212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT
& PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA  92101
Telephone:  619-238-1811
Facsimile:  619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA  98103-8869
Telephone:  206-816-6603
Facsimile:  206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

-2-

LA 51631600

# [PROPOSED] ORDER

**FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:  March 12, 2013

_____
Hon. Jeffrey S. White
United States District Court Judge

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DEADLINE TO RESPOND TO COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51631600