STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email:  *lacalendar@stroock.com*

Attorneys for Defendants
  DISCOVER FINANCIAL SERVICES,
  DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>  Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET A BRIEFING SCHEDULE AND HEARING DATE FOR PRELIMINARY SETTLEMENT APPROVAL** |

Plaintiff Andrew Steinfeld ("Steinfeld") and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties have mediated before the Honorable Carl West (Ret.) of JAMS and have reached a class action settlement memorialized in a twelve-page Memorandum of Understanding, dated April 5, 2013;

WHEREAS, the parties are in the process of finalizing the terms of a Settlement Agreement;

WHEREAS, Plaintiffs will file an unopposed motion for preliminary settlement approval as soon as practicable after the parties finalize the Settlement Agreement; and

WHEREAS, the parties therefore seek to continue indefinitely today's deadline for Defendants to file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that:

1. Plaintiff shall file an unopposed motion for preliminary settlement approval by Friday April 26, 2013.
2. The Court may schedule a hearing on Plaintiff's motion for preliminary settlement approval for Friday May 17, or a date as soon as practicable thereafter, at the Court's convenience.

IT IS SO STIPULATED.

Dated: April 8, 2013        STROOCK & STROOCK & LAVAN LLP

By: _____/s/ Lisa M. Simonetti_____
　　　　　　　Lisa M. Simonetti

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
Shannon E. Ponek

-1-

LA 51635539

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

sponek@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone:  310-556-5800

Attorneys for Defendants Discover Financial Services, DFS Services LLC And Discover Bank

[signatures continued on next page]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DEADLINE TO RESPOND TO COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51635539

| | |
|---|---|
| Dated:  April 8, 2013 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By:         */s/ Daniel M. Hutchinson* |
| |            Daniel M. Hutchinson |

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:   415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212-355-9500
Facsimile:   212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA  92101
Telephone:  619-238-1811
Facsimile:   619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA  98103-8869
Telephone:  206-816-6603
Facsimile:   206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51635539

1 **[PROPOSED] ORDER**

2   **FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT**

3 **IS SO ORDERED.**   The hearing on the motion for preliminary approval is HEREBY SET for June 21, 2013.

Dated: April 12, 2013

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Court Judge