STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  DISCOVER FINANCIAL SERVICES,
  DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>　　　　　Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiff Andrew Steinfeld ("Steinfeld") and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 12, 2013, the Court granted the parties' Stipulation to Set a Briefing Schedule and Hearing date for Preliminary Settlement Approval and set a hearing date of June 21, 2013 for the Motion for Preliminary Approval of Settlement (the "Unopposed Motion");

WHEREAS, due to a prior commitment, counsel for Defendants is unavailable on June 21, 2013;

WHEREAS, the parties seek to modify the briefing schedule and continue the hearing on the Unopposed Motion to June 28, 2013 at 9:00 a.m.;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that:

1. Plaintiff shall file an unopposed motion for preliminary settlement approval as soon as practicable after the parties finalize a settlement agreement and by no later than Friday, May 24, 2013.

2. The Court may rule on Plaintiff's Unopposed Motion solely on the papers without a hearing.

3. The hearing on the Unopposed Motion, if necessary, shall be continued from June 21, 2013 to June 28, 2013 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: April 15, 2013
STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
SHANNON E. PONEK

By: */s/ Lisa M. Simonetti*
Lisa M. Simonetti

Attorneys for Defendants Discover Financial Services, DFS Services LLC and Discover Bank

[Signatures continued on next page.]

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No. 3:12-cv-01118-JSW

LA 51640548

Dated: April 15, 2013

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:       */s/ Daniel M. Hutchinson*
            Daniel M. Hutchinson

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500
Facsimile: 212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No. 3:12-cv-01118-JSW

LA 51640548

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the hearing on the Unopposed Motion is continued to June 28, 2013 at 9:00 a.m. and Plaintiff shall file an unopposed motion for preliminary settlement approval as soon as practicable after the parties finalize a settlement agreement and by no later than Friday, May ~~24~~ 3, 2013.

Dated: April 17, 2013

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge