STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  DISCOVER FINANCIAL SERVICES,
  DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT FROM MAY 3, 2013 TO MAY 17, 2013** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE
TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Case No. 3:12-cv-01118-JSW

LA 51646329

Plaintiff Andrew Steinfeld ("Steinfeld") and Defendants Discover Financial Services, DFS Financial Services, LLC and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Court's April 17, 2013 Order granting in part the parties' Stipulation to Modify Briefing Schedule and Continue Hearing Date on Motion for Preliminary Approval of Settlement (Docket No. 44), the Court set the hearing date on Steinfeld's unopposed motion for preliminary approval (the "Unopposed Motion") on June 28, 2013 and the deadline for Steinfeld to file the Unopposed Motion on May 3, 2013;

WHEREAS, despite the parties' diligence, they are still in the process of finalizing their settlement agreement;

WHEREAS, the parties seek to continue the deadline for Steinfeld to file the Unopposed Motion by two weeks to May 17, 2013 so that they may finalize the settlement agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Steinfeld, by his undersigned counsel, and Defendants, by their undersigned counsel, that:

1.    Plaintiff shall file the Unopposed Motion by Friday, May 17, 2013; and

2.    The hearing on the Unopposed Motion will remain set for six weeks thereafter on June 28, 2013 at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  May 1, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
SHANNON E. PONEK

By:         */s/ Lisa M. Simonetti*
            Lisa M. Simonetti

Attorneys for Defendants Discover Financial
Services, DFS Services LLC and Discover Bank

[Signatures continued on next page.]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

-1-

LA 51646329

Dated: May 1, 2013

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____/s/ Daniel M. Hutchinson_____
                Daniel M. Hutchinson

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500
Facsimile: 212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT
& PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-2-

LA 51646329

1

**[PROPOSED] ORDER**

2

    IT IS HEREBY ORDERED that the deadline for plaintiff Andrew Steinfeld to file an

3

unopposed motion for preliminary settlement approval (the "Unopposed Motion") is continued

4

from Friday, May 3, 2013 to Friday, May 17, 2013.  The hearing on the Unopposed Motion will

5

remain set for six weeks thereafter on June 28, 2013 at 9:00 a.m.

6

7

Dated:  May 2, 2013

8

Hon. Jeffrey S. White
United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE
TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Case No. 3:12-cv-01118-JSW

LA 51646329

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 1, 2013, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT FROM MAY 3, 2013 TO MAY 17, 2013** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

_/s/ Lisa M. Simonetti_
Lisa M. Simonetti

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE
TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Case No. 3:12-cv-01118-JSW

LA 51646329