STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  DISCOVER FINANCIAL SERVICES,
  DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT** |

1  Plaintiffs Andrew Steinfeld and Walter Bradley (collectively, "Plaintiffs") and defendants
2  Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively,
3  "Defendants"), through their undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on May 17, 2013, Plaintiffs filed the First Amended Complaint, Docket No. 47
5  (the "FAC"); and
6  WHEREAS, on May 17, 2013, Plaintiff filed the Unopposed Motion for Preliminary
7  Approval of Settlement Agreement, Docket No. 48-1 (the "Preliminary Approval Motion"), which
8  requests the Court enter an order preliminarily approving the Parties' Settlement Agreement, dated
9  May 17, 2013 (the "Settlement Agreement"); and
10 WHEREAS, pursuant to Section III.A. of the Settlement Agreement, the Parties agreed that
11 Discover shall not be required to respond to the FAC.
12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs,
13 by their undersigned counsel, and Defendants, by their undersigned counsel, that Discover shall not
14 be required to respond to the FAC pending the Court's order on the Preliminary Approval Motion
15 and any subsequent motion for final approval of the Settlement Agreement (the "Final Approval
16 Motion"). If the Court enters an order denying the Preliminary Approval Motion or Final Approval
17 Motion, Discover shall file and serve an answer or a motion under Rule 12 of the Federal Rules of
18 Civil Procedure within forty-five (45) days after entry of such order.
19 IT IS SO STIPULATED.

20 Dated: May 23, 2013         STROOCK & STROOCK & LAVAN LLP

21                             By:      */s/ Lisa M. Simonetti*
22                                           Lisa M. Simonetti
                               Julia B. Strickland
23                             jstrickland@stroock.com
                               Lisa M. Simonetti
24                             lsimonetti@stroock.com
                               Shannon E. Ponek
25                             sponek@stroock.com
                               STROOCK & STROOCK & LAVAN LLP
26                             2029 Century Park East, Suite 1600
                               Los Angeles, CA 90067-3086
27                             Telephone: 310-556-5800

-1-

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
RESPONSE TO FIRST AMENDED COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51651984

| | |
|---|---|
| | Attorneys for Defendants Discover Financial Services, DFS Services LLC And Discover Bank |
| Dated: May 23, 2013 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: /s/ Daniel M. Hutchinson |
| | Daniel M. Hutchinson |

Daniel M. Hutchinson
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500
Facsimile: 212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-350-3528

MEYER WILSON CO., LPA
David P. Meyer (admitted *pro hac vice*)
Matthew R. Wilson (admitted *pro hac vice*)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Attorneys for Plaintiffs Steinfeld and Bradley and the Proposed Class

-2-

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
RESPONSE TO FIRST AMENDED COMPLAINT
Case No. 3:12-cv-01118-JSW

LA 51651984

# CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2013, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Lisa M. Simonetti*
Lisa M. Simonetti

1  **[PROPOSED] ORDER**

2  **FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT**

3  **IS SO ORDERED.**

5  Dated: May 28, 2013

_____
Hon. Jeffrey S. White
United States District Court Judge

LA 51651984