| | |
|---|---|
| LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>Nicole D. Reynolds (State Bar No. 246255)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>MEYER WILSON CO., LPA<br>David P. Meyer<br>Matthew R. Wilson<br>1320 Dublin Road, Ste. 100<br>Columbus, OH 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 | CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD<br>LLP<br>Mark Ankcorn (State Bar No. 166871)<br>mark@cglaw.com<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (614) 224-6066<br><br>TERRELL MARSHALL DAUDT<br>& WILLIE PLLC<br>Beth E. Terrell (State Bar No. 178181)<br>bterrell@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, WA 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 350-3528 |

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>    Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PUBLICATION NOTICE AND *CY PRES* IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 28, 2013<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

## I. INTRODUCTION

Plaintiffs filed their Unopposed Motion for Preliminary Approval on May 17, 2013 (Dkt. No. 48). As contemplated by their Motion, the proposed Settlement Administrator and the parties have worked together to design a nationwide Publication Notice program targeted to reach Class Members that fully satisfies due process. The parties have also selected a *cy pres* recipient that will advance the interests of Class Members and the nature of their claims for any residual amounts under $50,000 remaining after all the payments contemplated by the Settlement are made to Class Members. A summary of the Publication Notice and the selected *cy pres* recipient is set forth below.

## II. PUBLICATION NOTICE

The best practicable notice is that which is "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). The proposed Notice Plan satisfies this requirement with: (1) direct, individual notice via either email (to all persons for whom such records exist and who have not opted out of receiving emails from Discover) or regular mail (to the most recent mailing address reflected in Discover's records); (2) online notice to Class Members through the settlement website; and (3) a nationwide Publication Notice program targeted to reach potential Class Members for whom Defendants no longer possess contact information.

The Publication Notice was designed to comport with the requirements of Federal Rule of Civil Procedure 23 and due process and to target Class Members.[1] Declaration of Gina M. Intrepido-Bowden on Adequacy of Proposed Settlement Notice Program ("Intrepido-Bowden Decl."), ¶¶ 1, 15-19, attached hereto as **Exhibit A**. It is multi-faceted, combining paid notices in well-read consumer publications with notices on a variety of internet websites. The Publication Notice will supplement the direct individual notice – via email or mail to approximately 4,800,000 known Class Members (*i.e.*, at least 52.7% of the Class) – by providing notice to

---

[1] Class Members consist of all persons to whom, on or after November 30, 2007, Discover placed a non-emergency telephone call to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice.

potential Class Members for whom Defendants do not possess contact information. *Id.*, ¶¶ 14, 22. The Publication Notice will also supplement the notice being provided via the Settlement Website.

First, the Publication Notice provides for internet banner notices that will comprise approximately two million unique impressions over a one-month period on websites specifically targeted to reach cell phone owners. *Id.*, ¶ 25. The internet site list is customized to include news, career, and personal finance sites which the Settlement Administrator – with input and consultation from the parties – has determined to be ideally suited to target Class Members. *Id.* By simply clicking a hyperlink on these internet banners, Class Members will be taken to the Settlement Website. *Id.*

Second, the Publication Notice provides for notices placed in national publications. Notice will be inserted in *Parade* magazine. *Parade* was selected because of its widespread reach. It is distributed in the weekend or Sunday edition of approximately 664 newspapers and reaches 28.5% of cell phone owners. *Id.*, ¶ 24. Additional notice will be inserted in *Better Homes & Gardens* magazine. This magazine was selected because, compared to the general adult population, *Better Homes & Gardens* readers are 2.2% more likely to be cell phone owners. *Id.* Combined, these magazines will deliver over 93.5 million adult notice exposures. *Id.*

The Notice Plan, including Email, Mail, Settlement Website, and Publication Notice, is estimated to reach at least 71.4% of cell phone owners an average of 1.4 times each. *Id.* ¶ 28. The Notice Plan is therefore consistent with the reach guideline set forth in the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. *Id.* ¶ 30.

## III. *CY PRES* RECIPIENT

In the event that the combined amounts of any checks distributed to Class Members that remain uncashed for more than 180 days after the date on the checks is equal to or less than $50,000, the money will be distributed *cy pres* to Equal Justice Works ("EJW"). EJW is a national non-profit organization that operates a postgraduate fellowship program for lawyers committed to equal justice. Equal Justice Works Proposal at p.1, attached hereto as **Exhibit B**. EJW has a number of fellowship projects focused on protecting consumers from unfair debt

1 collections. For example, EJW has a number of fellows working with legal aid organizations to protect consumers against harassment from creditors and debt collectors. *Id.* at p. 3-4. Any funds EJW receives *cy pres* from this case would go to funding two-year fellowships designed to protect consumers against unfair debt collection practices. *Id.* at p. 4-5.

Plaintiffs allege that Discover placed unwanted and harassing autodialed and/or prerecorded calls to theirs and Class Members' cell phones, primarily in an attempt to collect debts. Amend. Compl. (Dkt. No. 47), ¶¶ 18, 20. Because EJW will use any *cy pres* funds awarded from the Settlement to protect consumers from such unwanted and harassing debt collection, the *cy pres* award has a "substantial nexus" to Class Members' interests and the nature of the underlying claims. *See Lane v. Facebook, Inc.,* 696 F.3d 811, 821 (9th Cir. 2012) (approving *cy pres* designee created fund education programs relating to online identity protection because it had a "substantial nexus" to the allegations that Facebook caused publication of private information about users' online activities without their consent); *see also* Equal Justice Works Proposal at p. 2-3 (listing cases in which EJW was approved as a *cy pres* recipient).

Dated: June 14, 2013

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Daniel M. Hutchinson*
     Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

| | |
|---|---|
| 1 | MEYER WILSON CO., LPA |
| | Matthew R. Wilson (*pro hac vice* to be filed) |
| 2 | mwilson@meyerwilson.com |
| | 1320 Dublin Road, Suite 100 |
| 3 | Columbus, OH 43215 |
| | Telephone: (614) 224-6000 |
| 4 | Facsimile: (614) 224-6066 |
| 5 | |
| | CASEY GERRY SCHENK FRANCAVILLA BLATT & |
| 6 | PENFIELD LLP |
| | Mark Ankcorn (State Bar No. 166871) |
| 7 | mark@cglaw.com |
| | 110 Laurel Street |
| 8 | San Diego, CA 92101 |
| | Telephone: (619) 238 1811 |
| 9 | |
| 10 | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| | Beth E. Terrell (State Bar No. 178181) |
| 11 | bterrell@tmdwlaw.com |
| | 936 North 34th Street, Suite 400 |
| 12 | Seattle, WA 98103-8869 |
| | Telephone: (206) 816-6603 |
| 13 | Facsimile: (206) 350-3528 |
| 14 | |
| | *Attorneys for Plaintiffs and the Proposed Class* |