LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
David P. Meyer
Matthew R. Wilson
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (614) 224-6066

TERRELL MARSHALL DAUDT
& WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM ATTACHING AMENDMENT TO SETTLEMENT AGREEMENT ADDRESSING THE COURT'S CONCERNS REGARDING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: August 2, 2013<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

1121599.2

PLFS' SUPPLEMENTAL MEM. ISO MOT. FOR
PRELIM. APPROVAL
3:12-CV-01118-JSW

Plaintiffs filed their Unopposed Motion for Preliminary Approval on May 17, 2013 (Dkt. No. 48). As contemplated by their Motion, Plaintiffs filed a Supplemental Memorandum Regarding Publication Notice and *Cy Pres* in Support of their Unopposed Motion for Preliminary Approval on June 14, 2013 (Dkt. No. 52). On June 27, 2013, the Court continued the hearing on preliminary approval to August 2, 2013 and ordered Plaintiffs to file a supplemental brief addressing the Court's concerns regarding the settlement (Dkt. No. 53). Plaintiffs did so on July 11, 2013 (Dkt. No. 54) and informed the Court that they would file a signed amendment to the Settlement Agreement by no later than July 18, 2013. Plaintiffs attach hereto the parties' First Amendment to the Settlement Agreement which addresses the Court's concerns by (1) deleting any "requirement that class members release claims relating to the administration of the settlement" and (2) extending the deadline to submit claims by 60 days, such that Class members will have a minimum of 90 days from notice to submit a claim.

Dated: July 18, 2013

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice* to be filed)
mwilson@meyerwilson.com
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238 1811

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*