1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ANDREW STEINFELD and WALTER
    BRADLEY, on behalf of themselves and all
10  others similarly situated,                          No. C 12-01118 JSW

11          Plaintiffs,

12      v.                                         **ORDER VACATING HEARING**

13  DISCOVER FINANCIAL SERVICES, et al.,

14          Defendants.
                                            /
15

16          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion which has been

17  noticed for hearing on Friday, August 2, 2013 at 9:00 a.m., is appropriate for decision without

18  oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will be taken

19  under submission and decided on the papers.

20          **IT IS SO ORDERED.**

21

22  Dated:  July 23, 2013                          _____
                                                   JEFFREY S. WHITE
23                                                 UNITED STATES DISTRICT JUDGE

24
25
26
27
28

*United States District Court*
For the Northern District of California