IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>    Defendants. | No. C 12-01118 JSW<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL AND DIRECTING PARTIES TO SUBMIT REVISED PROPOSED ORDER** |

The Court has received and considered the supplemental brief submitted in support of the motion for preliminary approval of the class action settlement. The Court will grant the motion, and it HEREBY ORDERS the parties to submit a revised proposed order. The parties' revised proposed Order must include a table that sets forth the deadlines by which certain events must occur, based on the date on which that Order is entered, including, but not limited to, the deadline to provide notice, the deadline to opt-out or object, and the deadline to submit claims.

For the parties' benefit, and based upon its review of the parties' original proposed order, the Court will require that the Plaintiff's motion for attorney's fees and incentive awards be filed no later than twenty-one (21) days **before** the opt-out exclusion deadline so that Class Members have sufficient time to file any objections to that request. The Court will require that the motion for final approval be filed no later than thirty-five (35) days before the Final Approval Hearing. Defendants shall file proof that CAFA Notice was given no later than thirty-five (35) days before the Final Approval Hearing. Plaintiffs may file their response to any

objections no later than fourteen (14) days prior to the final approval hearing, and they shall file the list of settlement class members who made timely and proper exclusion requests at that time.

**IT IS SO ORDERED.**

Dated: August 29, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2