LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (614) 224-6066

TERRELL MARSHALL DAUDT
& WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>Defendants. | CASE NO. CV 12-01118 JSW<br><br>**DECLARATION OF ANDREW STEINFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** |

I, Andrew Steinfeld, declare as follows:

1. I am one of the named plaintiffs and a class representative in the above referenced litigation. I am over the age of 18 years and I make these statements based on personal knowledge and would so testify if called as a witness at trial. I respectfully submit this declaration in support of Plaintiffs' Motion for final settlement approval.

2. Beginning in late 2011, I received numerous prerecorded and autodialed calls from defendant Discover Financial Services ("Discover") to my cellular phone. At no time did I give Discover my express consent to robocall my cell phone with autodialed or prerecorded messages.

3. I understand that the Settlement Agreement in this case allows Class Counsel to seek a $2,000 Service Award to me and to the other class representative Plaintiff in this case. I understand that these service awards are *not* conditioned on approval of the Settlement; in other words, I understand that this class settlement could be approved, but that I could be awarded a sum smaller than $2,000, or no service award at all.

4. I provided Class Counsel with pertinent information, reviewed the operative complaint, and reviewed and approved the proposed Settlement. I also provided my counsel with a number of relevant documents. Class Counsel kept me informed of the status of the case through regular telephone calls, emails, and letters. I spent approximately three (3) hours corresponding with Class Counsel regarding the case, including my initial meeting with Class Counsel and subsequent updates regarding the case. In addition, I spent approximately five (5) hours reviewing various pleadings and documents, including the Complaint and the Settlement Agreement.

5. My primary goal in this lawsuit was to prevent myself and others from being subject to automated calls from Discover without our consent. This Settlement appears to me to help to accomplish that goal.

//

//

//

//

6.   At all times during the pendency of this case I have been willing and able to respond to discovery requests and make myself available for deposition. I will continue to be an engaged participant in this litigation to the extent necessary and appropriate.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on December 18, 2013.

_____
Andrew Steinfeld