LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP
Mark Ankcorn (State Bar No. 166871)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (614) 224-6066

TERRELL MARSHALL DAUDT
& WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>Defendants. | CASE NO. CV 12-01118 JSW<br><br>**DECLARATION OF WALTER BRADLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** |

I, Walter Bradley, declare as follows:

1. I am one of the named plaintiffs and a class representative in the above referenced litigation. I am over the age of 18 years and I make these statements based on personal knowledge and would so testify if called as a witness at trial. I respectfully submit this declaration in support of Plaintiffs' Motion for final settlement approval.

2. I received many prerecorded and autodialed calls from defendant Discover Financial Services ("Discover") to my cellular phone. I never gave Discover my consent to robocall my cell phone with autodialed calls or prerecorded messages; in fact, I expressly asked Discover to stop making such calls to my cell phone, but the calls continued unabated both from Discover and from debt collectors calling on its behalf.

3. I understand that the settlement agreement in this case provides for a $2,000 Service Award to me and to the other class representative Plaintiff in this case. I understand that these service awards are *not* conditioned on approval of the Settlement; in other words, I understand that this class settlement could be approved, but that I could be awarded a sum smaller than $2,000, or no service award at all.

4. I met with Class Counsel in person, exchanged dozens of emails, and discussed by telephone numerous times the issues presented in this litigation as well as the specific facts relating to Discover's debt collection efforts. I reviewed the original complaint and other filings including a detailed declaration filed in opposition to Discover's motion to compel arbitration. I also provided Class Counsel with documents, filings, and materials relating to the collection lawsuits filed by Discover in California Superior Court. Finally, I reviewed, discussed with Class Counsel, and signed off on the proposed Settlement. Class Counsel kept me informed of the status of the case through telephone calls and emails.

5. My goal in this lawsuit was to prevent myself and others from being subject to automated calls from Discover without our consent. This Settlement appears to me to help to accomplish that goal.

1      6.    At all times during the pendency of this case I have been willing and able to respond to discovery requests and make myself available for deposition. I will continue to be an engaged participant in this litigation to the extent necessary and appropriate.

    I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on December 18, 2013.

_Walter Bradley_ (signature)
Walter Bradley

DECL. OF WALTER BRADLEY ISO PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF SETTLEMENT
AGREEMENT — CV 12-01118 JSW (AN)

2

21811481.1