Jan L. Westfall
Attorney at Law
Email: jlwestfall.esq@gmail.com
29896 Blue Water Way
Menifee, CA 92584
Phone: 650-281-3003

Attorneys for Objector Deliris Palmer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**NOTICE OF ERRATA AND FILING OF CORRECTED OBJECTION TO PROPOSED SETTLEMENT AND NOTICE OF INTENT TO APPEAR AT HEARING**<br><br>Date: February 14, 2014<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

**PLEASE TAKE NOTICE** that the objection filed as Doc. 68 was filed in error and is withdrawn. A corrected version of the Objection with the correct objector name, Deliris Palmer, is filed to this notice to replace Document 68.

Dated: January 13, 2014      By: /s/ Janet L. Westfall_____
                                                  Janet L. Westfall
                                      Attorney for Objector Deliris Palmer

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

     ___/s/ Janet L. Westfall____
      Janet L. Westfall
      Attorney for Objector