**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
t  212.355.9500
f  212.355.9592

January 15, 2014

Jonathan D. Selbin
Partner
jselbin@lchb.com

**VIA OVERNIGHT MAIL & PACER**

Mark Ferguson
3831 Fawcett Avenue
Tacoma, WA 98418

RE:   *Steinfeld, et al. v. Discover Financial Services, et al.*,
         Case No. 3:12-cv-01118-JSW (N.D. Cal.)

Dear Mr. Ferguson:

I am the partner at Lieff, Cabraser, Heimann & Bernstein, LLP in charge of the case entitled *Steinfeld, et al. v. Discover Financial Services, et al.*, Case No. 3:12-cv-01118-JSW (N.D. Cal.).  I write to respond to your calls to our offices and your email to the Court yesterday regarding the email notice you received of the settlement in this case.  I discussed your call with Nicole Sugnet, the attorney with whom you spoke, immediately after your call with her and prior to your email to the Court.

First, I want to apologize for sending you unwanted email.  It was certainly never our intent to "spam" you.  However, as Ms. Sugnet tried to explain to you, the email you received was not "spam," but a Court-ordered notice about a proposed Settlement of a class action case in which you are (or may be) a class member.  We were required by Court order to notify you, and to do so by direct notice.  For your convenience, I have enclosed the Court's order preliminarily approving the Settlement and approving the notice plan, as well as the Court's order amending the notice plan.  As the Court's orders note, because this is a class action settlement, we are required by Federal Rule of Civil Procedure 23 and by due process requirements to "provide the best notice practicable under the circumstances to members of the Settlement Class."  Since we were fortunate to have individual contact information—email addresses or postal addresses—for the vast majority of class members, the Court determined that the best notice practicable was to provide notice of the Settlement by emailing or by mailing a notice of the settlement to class members.

Notice of the Settlement is necessary to provide class members with the opportunity to choose to (1) make a claim to receive a payment from the Settlement; (2) make a request to Discover requiring it to cease calling the class member on his/her cell phone, as such calls were the subject of our case; (3) opt out of the Settlement so that the class member is not bound by it and can independently sue Discover for the identical claim in the future; or (4) object to the Settlement.

San Francisco          New York          Nashville          www.lieffcabraser.com

Mark Ferguson
January 15, 2014
Page 2

      Providing notice of the Settlement through email or mail is proven to reach more class members than notice through, for example, a publication in a newspaper (which we also did). Because the Court order requires us to ensure that as many class members as possible receive notice of the Settlement, the settlement administrator we hired takes several steps to try to prevent email notices from being blocked as spam. This is why the settlement administrator sent the email notices to class members over a period of several days, rather than sending all of them on the same day.

      I also need to address your accusation that Ms. Sugnet was disrespectful to you. Obviously, only you and she were on the call, so I cannot know what actually happened. However, I have worked with Ms. Sugnet for many years, and she is one of our very best and most professional attorneys. She works extremely hard to obtain great results for clients and class members, and assist them with any questions or concerns, and always treats them with respect and professionalism. I am sure that in your anger at receiving unwanted email you may have interpreted her attempts to explain the circumstances as frustrating. But I have every confidence that she spoke to you respectfully and professionally.

      Let me close by saying again that we never intended to send you any unwanted correspondence, and apologize for any inconvenience this may have caused you. If you have any questions at all about the case or the Settlement, we remain ready to answer them and assist you in any way that we can. I request only that you comport yourself toward us in any such communications in a respectful manner as well.

      Very truly yours,

      Jonathan D. Selbin

Enclosures

1149128.1