| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>Nicole D. Reynolds (State Bar No. 246255)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>MEYER WILSON CO., LPA<br>Matthew R. Wilson (admitted *pro hac vice*)<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 | ANKCORN LAW FIRM PC<br>Mark Ankcorn (State Bar No. 166871)<br>mark@markankcorn.com<br>9845 Erma Road, Suite 300<br>San Diego, CA 92131<br>Telephone: 619-870-0600<br>Facsimile: 619-684-3541<br><br>TERRELL MARSHALL DAUDT & WILLIE PLLC<br>Beth E. Terrell (State Bar No. 178181)<br>bterrell@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 350-3528 |

*Attorneys for Plaintiff Andrew Steinfeld and the Settlement Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>    Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CLASS NOTICE PLAN**<br><br>Judge:   Hon. Jeffrey S. White |

Plaintiffs Andrew Steinfeld and Walter Bradley and the Settlement Class ("Plaintiffs") and Defendants Discover Financial Services, DFS Financial Services, LLC, and Discover Bank (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

1  WHEREAS, on September 10, 2013, the Court issued its Revised Order (1) Conditionally Certifying a Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan, and (4) Setting Final Approval Plan (Dkt. No. 59);

WHEREAS, the Court-approved Class Notice Plan was comprised of: (1) direct, individual notice via either email (to all persons for whom such records exist and who have not opted out of receiving emails from Discover) or regular mail (to the most recent mailing address reflected in Discover's reasonably available computerized account records); (2) online notice to Class Members through the settlement website; and (3) a far-reaching nationwide Publication Notice program targeted to reach potential Class Members for whom Defendants no longer possess contact information (Plaintiffs' Supplemental Memorandum Regarding Publication Notice and Cy Pres in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 52; *see generally* Declaration of Gina M. Intrepido-Bowden on Adequacy of Proposed Settlement Notice Program, Dkt. No. 52-1);

WHEREAS, pursuant to the Settlement Agreement, Plaintiffs took confirmatory discovery "of facts necessary to reasonably confirm the material information provided to Class Counsel during settlement negotiations and administrative plans and procedures for compliance with the terms of the Settlement," including a Rule 30(b)(6) deposition and written interrogatories to Defendants;

WHEREAS, based upon further investigation by Defendants and the confirmatory discovery conducted by Plaintiffs, the parties are pleased to report that Defendants have identified contact information for a total of 9,276,217 Class Members (of a total of 9,724,450 Class Members);

WHEREAS, the Settlement Administrator may therefore provide notice to more than 95 percent of the Class through more-effective direct, individual mail notice rather than publication notice;

WHEREAS, the Settlement Administrator therefore has concluded that far-reaching publication notice is no longer necessary and would waste limited Settlement resources, and instead recommends a more-limited nationwide publication notice plan comprised of one

insertion of a 1/8 page advertisement in a Monday through Thursday edition of USA Today (S*ee* Declaration of Gina M. Intrepido-Bowden on Adequacy of Amended Settlement Notice Program, attached hereto as Exhibit A), in addition to the email, regular mail and online notice already approved by this Court in the Revised Order (the "Amended Notice Plan");

WHEREAS, the parties have met and conferred and agreed that, in the event that actual notice and administration costs exceed the $1,190,000 estimated for the prior Class Notice Plan and settlement administration, Defendants will contribute, separate from and in addition to the Settlement Fund, up to $90,000 of such additional actual notice and administration costs.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that the parties shall complete the Amended Notice Plan on or before the Court-approved deadline of November 27, 2013.

IT IS SO STIPULATED.

Dated: October 30, 2013　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Daniel M. Hutchinson*
　　　Daniel M. Hutchinson

Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

| | |
|---|---|
| 1 | MEYER WILSON CO., LPA |
| | Matthew R. Wilson (admitted *pro hac vice*) |
| 2 | mwilson@meyerwilson.com |
| | 1320 Dublin Road, Ste. 100 |
| 3 | Columbus, Ohio 43215 |
| | Telephone: (614) 224-6000 |
| 4 | Facsimile: (614) 224-6066 |
| 5 | ANKCORN LAW FIRM PC |
| | Mark Ankcorn (State Bar No. 166871) |
| 6 | mark@markankcorn.com |
| | 9845 Erma Road, Suite 300 |
| 7 | San Diego, CA 92131 |
| | Telephone: 619-870-0600 |
| 8 | Facsimile: 619-684-3541 |

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff Steinfeld and the Settlement Class*

Dated: October 30, 2013    STROOCK & STROOCK & LAVAN LLP

By: */s/ Julia B. Strickland*
    Julia B. Strickland

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

*Attorneys for Defendants Discover Financial Services; DFS Services, LLC; and Discover Bank*

1137030.1 — - 4 - — STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:11-CV-5746-JSW

LA 51693569v1

## ATTESTATION

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Julia B. Strickland has concurred in this filing.

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson

1137030.1 - 5 - STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:11-CV-5746-JSW

LA 51693569v1

**[PROPOSED] ORDER**

**FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: October 31, 2013

_____
Hon. Jeffrey S. White
United States District Court Judge