Jan L. Westfall (SBN 241106)
Attorney at Law
jlwestfall.esq@gmail.com
29896 Blue Water Way
Menifee, CA 92584
Phone: 650-281-3003

Attorneys for Objector Deliris Palmer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS**<br><br>Date: February 14, 2014<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

Objector, DELIRIS PALMER, under Fed. R. Civ. P. 23(e)(5), moves the Court to approve the withdrawal of her objections filed on January 21, 2014, Document No. 69:

1. Objector PALMER made the objections in good faith based on the information in the notice of settlement.

2. Counsel for objector/movant has conferred with class counsel regarding the settlement and withdrawal of the objections.

3. No compensation or consideration has been received by Palmer or her attorney in exchange for withdrawing the objection.

PALMER requests court approval for the withdrawal of the objections..

Dated: January 31, 2014

By: /s/ Jan L. Westfall ________________
Jan L. Westfall
Attorney for Objector Deliris Palmer

## CERTIFICATE OF SERVICE

I certify that on January 31, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system and all registered CM/ECF users will be accomplished by the USDC CM/ECF system.

___/s/ Jan L. Westfall_____
Jan L. Westfall
Attorney for Objector