STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
 DISCOVER FINANCIAL SERVICES,
 DFS SERVICES LLC and DISCOVER BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**DECLARATION OF DANIEL ROLAND IN SUPPORT OF DEFENDANTS' RESPONSE TO OBJECTOR MICHAEL JAMES BARTON'S RENEWED OBJECTION TO SETTLEMENT AND FEE REQUEST**<br><br>[Defendants' Response to Barton's Renewed Objection to Settlement filed concurrently] |

**DECLARATION OF DANIEL ROLAND**

I, Daniel Roland, declare as follows:

1. I am a Director of Cardmember Assistance Strategy of Discover Financial Services ("DFS"). Previously, I was Director of Operations & Infrastructure for over two years and have been employed by DFS for over twenty-six years. I am authorized to make this declaration on behalf of DFS, Discover Bank and DFS Services LLC (together, "Discover"). The statements set forth in this declaration are true and correct to the best of my knowledge, information and belief, and if called as a witness I could and would testify competently thereto. Except where based upon information provided by persons working under my direction and supervision, the statements contained herein are based on my personal knowledge or review of Discover's business records maintained by Discover in the ordinary course of business.

2. During my tenure at Discover, my responsibilities have included the management and oversight of Discover's card collections operations infrastructure, including with respect to the telephone dialers used by Discover. In that capacity, I was responsible for managing employees who obtain and review customer data from Discover's customer information systems. I am familiar with Discover's customer information systems, including information regarding charged-off and revoked accounts. In addition, I was personally involved in developing the strategies to determine the settlement class in the settlement of the above-entitled action, including gathering individual class member account data.

3. As part of the regular course of its business, Discover maintains computerized records for all Discover accounts. These records contain data regarding the status of customer accounts. I have found the data in Discover's systems to be accurate and reliable. At all times discussed herein, the systems were in working order. The records referred to herein were all created and kept in the ordinary course of business and were created at or near the time of the occurrence of the matters set forth by those records and/or were created based upon information transmitted by a person with knowledge of the matters set forth in those records.

-1-

LA 51726986

4. Discover uses the term "charged off" to refer to a debt that, for accounting and regulatory purposes, Discover has written off as a loss and removed from its books. For example, credit card accounts are charged off at the end of the month during which an account becomes 180 days contractually past due. The term "charged off" does not mean that Discover has extinguished the customer's obligation to repay its debt. After Discover institutes a charge-off, Discover still attempts to collect the debt. If a customer pays a portion of his or her debt after the customer's account has been charged off, the customer's outstanding balance will be reduced by the payment. In some cases, Discover enters into agreements with debtors that temporarily reduce or suspend the debtor's responsibility to repay their debts.

5. Since 2001, Discover has not sold its charged off accounts to third parties.

6. Discover's records concerning the accounts of plaintiffs Andrew Steinfeld and Walter Bradley indicate that Andrew Steinfeld and Walter Bradley have extensions of credit that Discover has charged off. One of Walter Bradley's accounts was settled in full for less than the full balance in 2010.

7. Discover's records concerning the account of objector Michael James Barton indicate that Discover has not charged off Mr. Barton's account.

8. Discover's records concerning the accounts of Mallika Bachan, Erik DeCicco, Cindy Ferguson (objector Mark Ferguson's wife), Janice L. Gardner, Deliris Palmer, Timothy Rioux, Laura Royter and Gary Sibley indicate that only one of these objectors has a charged off account. Objector Mark Ferguson is not a Settlement Class Member; only his wife is a Settlement Class Member.

9. On February 10, 2014, Discover received a current claimant report prepared by KCC, the settlement administrator. It is my understanding that the claimant report contains a list of all individuals who submitted a claim form to KCC before February 10, 2014 to request either a cash award or a reduction award from the settlement fund. The claimant report lists 100,533 individuals. When preparing the class list, Discover assigned each potential class member a unique identifier for settlement administration purposes. Currently, the claimant report lists the unique identifier for 54,017 individuals, consisting of 49,799 individuals with credit card accounts and 4,218 with a home

...

loan, personal loan or student loan. Given the time constraints, Discover was able to search the records for those 49,799 individuals with credit card accounts and determined that 10,985 have charged off credit card accounts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February, 2014, in Riverwoods, Illinois.

*Daniel Roland*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 12, 2014, a copy of the foregoing **DECLARATION OF DANIEL ROLAND IN SUPPORT OF DEFENDANTS' RESPONSE TO OBJECTOR MICHAEL JAMES BARTON'S RENEWED OBJECTION TO SETTLEMENT AND FEE REQUEST** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/ Julia B. Strickland
Julia B. Strickland

-1-

DECLARATION OF DANIEL ROLAND
Case No. 3:12-cv-01118-JSW

LA 51726986