Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Voice: (703) 203-3848

*Attorneys for Objector Michael James Barton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, individually on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISCOVER FINANCIAL SERVICES, *et al.*,<br><br>  Defendants, | Case No. 3:12-CV-01118-JSW<br><br>**LOCAL RULE 7-12 STIPULATION AND PROPOSED ORDER**<br><br>Date:        February 14, 2014<br>Time:        9:00 a.m.<br>Courtroom:   11<br>Judge:       Hon. Jeffrey S. White |

Objector Michael James Barton ("Barton"), plaintiffs Andrew Steinfeld and Walter Bradley ("Plaintiffs"), and defendants Discover Financial Services, DFS Services LLC and Discover Bank (collectively, "Defendants") stipulate as follows:

1. WHEREAS, Barton filed in good faith his objection to the Settlement on January 13, 2014 (Dkt. No. 67) and supplemented it in good faith on February 7, 2014 (Dkt. No. 82);

2. WHEREAS, the parties' filings of February 12, 2014 (Dkt. Nos. 83 and 84) have persuaded Barton that his objection was mistaken about the effect of Section III.G.2 of the Settlement, and that he therefore no longer has any objection to settlement fairness or class certification;

3. WHEREAS because of this, Barton wishes to withdraw his objection under Fed. R. Civ. Proc. 23(e)(5);

4. WHEREAS such a withdrawal requires the court's approval;

5. WHEREAS neither Barton nor his counsel have asked for nor received any financial compensation in exchange for stipulating to withdraw his objection.

6. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Barton, by his undersigned counsel, Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that Barton's objection is withdrawn.

**IT IS SO STIPULATED.**

Dated:  February 13, 2014               CENTER FOR CLASS ACTION FAIRNESS
                                        THEODORE H. FRANK

                                        By:      */s/ Theodore H. Frank*
                                                   Theodore H. Frank

                                        Attorneys for Objector Michael James Barton

| | |
|---|---|
| Dated: February 13, 2014 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By:     */s/ Daniel M. Hutchinson* |
| |        Daniel M. Hutchinson |

Daniel M. Hutchinson
dhutchinson@lchb.com
Nicole D. Sugnet
nsugnet@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212-355-9500
Facsimile: 212-355-9592

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Mark Ankcorn
mark@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232

MEYER WILSON CO., LPA
Matthew R. Wilson
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell
bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-350-3528

Attorneys for Plaintiff Steinfeld and the Proposed Class

Dated: February 13, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
SHANNON E. PONEK

By: _____/s/ Julia B. Strickland_____
        Julia B. Strickland

Attorneys for Defendants Discover Financial Services, DFS Services LLC and Discover Bank

I attest that I have permission from the parties to electronically sign on their behalf.

*/s/ Theodore H. Frank*
Theodore H. Frank

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: _____

4

5 _____
Hon. Jeffrey S. White, District Judge