## FIRST AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE

This First Amendment (the "First Amendment") is entered into as of July 17, 2013 and pertains to the Settlement Agreement and Release, dated May 17, 2013, (the "Agreement" or "Settlement") by and among plaintiffs Walter Bradley and Andrew Steinfeld (each individually, "Plaintiff"; collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, on the one hand, and Discover Financial Services, DFS Services LLC and Discover Bank, on behalf of themselves and their affiliates or subsidiaries (collectively, "Discover"), on the other hand, in the action <u>Andrew Steinfeld and Walter Bradley v. Discover Financial Services, et al.</u>, U.S.D.C., Northern District of California Case No. 3:12-cv-01118-JSW (collectively, the "Action"). This Amendment follows the Order Regarding Motion For Preliminary Approval of Class Action Settlement, Docket Number 53, issued by the Honorable Jeffrey S. White in the Action on June 27, 2013 and is made pursuant to Section IV.F. of the Agreement. All terms defined in the Agreement shall have the same meaning in this First Amendment.

The undersigned hereby agree to the following:

1. The second sentence of Section II.A.5. is deleted and replaced with the following:

"The last day of the Claim Period will be 180 days following entry of the Preliminary Approval Order."

2. The first paragraph of Section II.P is deleted and replaced with the following:

"Plaintiffs and the Settlement Class Members provide the following releases:

1

Plaintiffs and each and all Settlement Class Members, on behalf of themselves and their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest, assigns and any authorized users of their accounts, will be deemed to have fully released and forever discharged Discover Financial Services and each and all of its present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, successors, and/or predecessors in interest (including, without limitation, DFS Services LLC; Discover Bank; Discover Products, Inc.; DB Servicing Corporation; The Student Loan Corporation and Discover Home Loans, Inc.), and all of the aforementioneds' respective officers, directors, employees, attorneys, shareholders, agents, vendors and assigns (together, the "Released Parties") from any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law, whether by Constitution, statute, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory as of the date of the Final Approval Order, that arise out of or are related in any way to the use of an "automatic telephone dialing system" and/or an "artificial or prerecorded voice" to make "calls" to a cellular telephone (to the fullest extent that those terms are used, defined or interpreted by the

2

Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., relevant regulatory or administrative promulgations and case law, and which the Parties agree includes text messages) by or on behalf of the Released Parties in connection with efforts to contact or attempt to contact Settlement Class Members by or on behalf of the Released Parties including, but not limited to, claims under or for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., and any other statutory or common law claim arising from the use of automatic telephone dialing systems and/or an artificial or prerecorded voice, including any claim under or for violation of federal or state unfair and deceptive practices statutes, violations of any federal or state debt collection practices acts (including, but not limited to, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.), invasion of privacy, conversion, breach of contract, unjust enrichment, specific performance and/or promissory estoppel, whether the claims are brought directly by or on behalf of any Settlement Class Member in an individual or class action, representative action or in any other capacity, with respect to any form of relief, including, without limitation, damages, restitution, disgorgement, penalties and injunctive or declaratory relief (the "Released Claims"). The parties agree and understand that the Released Claims do not include claims brought by a State for civil penalties recoverable by a State for its own benefit."

LA 51641542
LA 51664208

IN WITNESS WHEREOF, the undersigned counsel represent and warrant that they have full authority to execute this First Amendment on behalf of their respective clients and hereto have caused this First Amendment to be executed as of July 18, 2013:

**ON BEHALF OF PLAINTIFFS AND THE PROPOSED CLASS:**

**PLAINTIFFS' COUNSEL**
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
Jonathan D. Selbin

Dated: July 18, 2013

**ON BEHALF OF DISCOVER:**

**DISCOVER'S COUNSEL**
STROOCK & STROOCK & LAVAN LLP

By: _Julia B. Strickland_
Julia B. Strickland

Dated: July 18, 2013

4