STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  DISCOVER FINANCIAL SERVICES,
  DFS SERVICES LLC and DISCOVER BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES LLC, and DISCOVER BANK,<br><br>　　　　Defendants. | Case No. 3:12-cv-01118-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**DECLARATION OF JULIA B. STRICKLAND IN SUPPORT OF DEFENDANTS' RESPONSE TO OBJECTIONS TO SETTLEMENT**<br><br>[Defendants' Response to Objections to Settlement filed concurrently] |

LA 51724328

DECLARATION OF JULIA B. STRICKLAND
Case No. 3:12-cv-01118-JSW

# DECLARATION OF JULIA B. STRICKLAND

I, Julia B. Strickland, declare as follows:

1. I am admitted to practice before this Court and am a partner at Stroock & Stroock & Lavan LLP, counsel for defendants Discover Financial Services, DFS Services LLC and Discover Bank (collectively, "Discover"), in the above action. The facts set forth herein are true of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the objection to the settlement that I received from Erik DeCicco. Mr. DeCicco did not file his objection with the Court.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from me to Jonathan D. Selbin advising plaintiffs that Discover is not exercising its option, pursuant to paragraph III.G.2 of the Settlement Agreement, to apply reduction awards to Settlement Class Members who have one or more extensions of credit with Discover.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of January 2014 in Los Angeles, California.

_____
Julia B. Strickland

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 31, 2014, a copy of the foregoing **DECLARATION OF JULIA B. STRICKLAND** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

                */s/ Julia B. Strickland*
                Julia B. Strickland

# EXHIBIT A

# STROOCK

By Email

January 24, 2014

Julia B. Strickland
Direct Dial: 310-556-5806
Fax: 310-556-5959

Jonathan D. Selbin
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Re: Steinfeld, et al. v. Discover Financial Services, et al.
U.S.D.C., Northern District of California Case No. 3:12-cv-01118-JSW

Dear Jonathan:

In connection with the above action, please be advised that Discover hereby declines to exercise its option to apply Reduction Awards to Settlement Class Members who have one or more extensions of credit with Discover that have been revoked or charged off, as set forth in paragraph III.G.2 of the parties' Settlement Agreement and Release of May 17, 2013, as amended (the "Settlement Agreement").[1]

Sincerely,

*Julia Strickland /sdt*

Julia B. Strickland, Esq.

cc: Jonathan D. Selbin, Esq.
    Daniel M. Hutchinson, Esq.
    Mark Ankcorn, Esq.
    Beth E. Terrell, Esq.
    Matthew R. Wilson, Esq.
    Nicole D. Sugnet, Esq.
    Jonathan D. Carameros, KCC
    Lisa M. Simonetti, Esq.
    Shannon E. Ponek, Esq.

---

[1] All capitalized terms used herein are defined in the Settlement Agreement.

# EXHIBIT B

Monday, January 13, 2014

Julia B. Strickland
Stroock & Stroock & Lavan LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

Daniel Hutchinson
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

To whom it may concern:

My name is Erik DeCicco. I am, and have been a cardholder of Discover Financial Services since 2002. At no point have I ever been disturbed by Discover's excellent and hospitable treatment of me as an individual customer. As a leader in customer service, I completely understand the nature of Discover's groundbreaking and innovative techniques in keeping their clients informed and up-to-date on personal finances. It goes without saying that any person living in the modern world would appreciate a company such as Discover, and, especially how much they do to keep clients and customers educated about potential risk and danger involved in credit activity. Please take my word: I have cancelled most of my other credit cards with other sub-par companies because of a sheer lack of customer service. I have been with Discover for over a decade because of their awesome service and reliability.

In the course of 11+ years as a customer of Discover, I have been contacted on several occasions by audio recording to alert me to suspicious or potentially fraudulent activity on my account. This generally happens when I travel, or, don't use the card for a period of time and use it suddenly, perhaps after months of inactivity. I like this service about my credit company. I want this to keep happening. I am in full support of this practice and would assume that as a customer of Discover, I would be subject to their practices of communications and operations. After all, I signed up for Discover, Discover didn't sign up for me.

With all of this in mind, please remove me immediately from any claim against my own credit (card) company. It is astonishing that the laws of the US allow for something so blatantly sophomoric to reach this level of litigation. I object 100% to any claim on the grounds that I use Discover as a means to live, eat, and move forward in life and am wholly protected by the constitution of The United Stated of America in doing so. It is my duty to reveal my feelings and intent that I do not share the same view as the money

hungry sharks of Lieff Cabraser Heimann & Bernstein, LLP and **I DO NOT** wish to be represented in this frivolous lawsuit by them.

If you wish to confirm my status as a current member with Discover, you may contact them at 1-800-DISCOVER (347-2683). I absolutely refuse to provide any of my own financial documents, because this has nothing do with my finances, but the incredulous opinions of some blood-sucking lawyers in California.

Please do not contact me any further regarding this matter. There are children starving in the streets. There are families without homes. There is no cure for cancer (yet). You are worried about some automated phone calls?

Please consider the POSITIVE impact you can make in this lifetime.

Sincerely,

Erik DeCicco
Discover Cardholder Since 2002
8105 Jamaica Road North
Jacksonville, Florida, 32216