IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>      Defendants. | No. C 12-01118 JSW<br><br>**DECLARATION OF PATRICK M. PASSARELLA RE: NOTICE PROCEDURES** |

I, **PATRICK M. PASSARELLA,** declare:

1. I am a Senior Vice President of Class Action Services at Kurtzman Carson Consultants, LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, provide individual notice via electronic mail to the Settlement Class (the "E-mail Notice"), provide individual notice via direct mail to the Settlement Class (the "Mail Notice), to publish the notice in a Monday through Thursday edition of USA Today (the "Publication Notice"), to establish and maintain a settlement website (the "Website Notice") to receive and process claim forms (the "Claim Form") and revocation requests (the "Revocation Request Form"); and perform other duties as specified in the Stipulation of Settlement (the "Stipulation") preliminarily approved by this Court on August 29, 2013. Capitalized terms used in this Declaration but no defined above shall have the meaning ascribed to

1 | them in Settlement Agreement and Release [Docket No. 49] filed with the Court on May 17, 2013.

2 | 3. **Email and Mailed Notice**. On November 4, 2013, the Defendant provided KCC with a list of 9,321,114 persons identified as the Settlement Class List, i.e. all persons to whom, on or after November 30, 2007 through August 29, 2013, Discover Financial Services or any of its affiliates or subsidiaries placed a non-emergency telephone call to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice.

4. KCC entered the Settlement Class List information into its proprietary database and prepared a data file for the initial mailing. Prior to mailing, KCC caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service. A total of 662,670 addresses were found and updated. KCC identified 128,166 records which were duplicates on Name and Address information, 11 records that contained null information (i.e. Test123 as the Name) 338 records which were associated with a Discover Financial Services corporate office. These records were removed from the Settlement Class List resulting in 9,192,599 records remaining on the Settlement Class List. Additionally, KCC identified 13,021 records on the Settlement Class List for which there was neither an email address nor a mailing address. These records remain on the Settlement Class List; however, the number of records on the Settlement Class List for which contact information was available, and thus notice was disseminated is 9,179,578 records.

5. On or before November 20, 2013, KCC mailed via electronic mail the E-mail Notice to each of the 8,025,663 records on the Settlement Class List that had an email address. Of the 8,025,663 emails, 7,908,496 were unique Class Members as some Class Members had multiple emails addresses. In addition, on November 27, 2013, KCC mailed via USPS First Class mail the Mail Notice to the 1,153,915 records on the Settlement Class List with a mailing address but without an email address. The E-Mail Notice and Mail Notice are attached hereto as Exhibits A & B.

6. On November 27, 2013, KCC mailed via USPS First Class mail the Mail Notice to the 1,870,579 records on the Settlement Class List that had an email address and where the E-Mail Notice was returned as undeliverable.

7. Beginning on January 10, 2014, KCC will send a supplemental E-mail Notice mail via electronic mail to each of the 6,016,032 records on the Settlement Class List that had an email address

that was not returned as undeliverable during the initial email campaign on November 20, 2013 and which have not already filed a claim. KCC expects the email campaign to finish on January 12, 2014.

8. As of January 10, 2014, KCC has received a total of 34,637 Notice Packages returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice Packages to be re-mailed to the updated addresses. As of January 10, 2014, KCC has received a total of 162,465 Notice Packages returned by the U.S. Postal Service without forwarding address information. KCC conducted address searches using credit and other public source databases to attempt to locate new addresses for these Class Members. As of January 10, 2014, these searches have resulted in 97,862 updated addresses. KCC promptly re-mailed Notices Packages to the updated addresses.

9. **Publication Notice**. The Publication Notice was published in the USA Today on November 27, 2013. The Affidavit of Publication is attached hereto as Exhibit C.

10. **Toll-Free Telephone Number**. On or before November 15, 2013, KCC established a toll-free telephone number (1-800-248-1796) dedicated to answering telephone inquiries from Class Members. As of January 10, 2014, KCC has received a total of 24,200 calls.

11. **Website Notice**. On or before September 18, 2013, KCC also established a website (www.SteinfeldTCPASettlement.com) dedicated to this settlement to provide additional information to the Class Members and to answer frequently asked questions. Visitors of the website can download a copy of the E-Mail Notice, Mail Notice, Revocation Request Form, Claim Form, Settlement Agreement, Preliminary Approval Order and Motion for Attorneys' Fees. Visitors can also submit Claim Forms or Revocation Request Forms via the website. The web address was set forth in the E-mail Notice, Mail Notice and Publication Notice. As of January 10, 2014, the website has received 662,745 visits.

12. **Requests for Exclusion**. The deadline for Class Members to request to be excluded from the class is a postmarked deadline of January 13, 2014. As of the date of this declaration, KCC has received 133 requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit D.

13. **Objections to the Settlement**. The deadline for Class Members to object to the Settlement is a postmarked deadline of January 13, 2014. As of the date of this declaration, KCC has not

1 received any objections to the settlement. A list of the Class Members objecting to the settlement and
2 copies of the objections are attached hereto as Exhibit E.

3     14. **Claim Forms**. The deadline for Class Members to file a claim is a postmarked deadline
4 of February 25, 2014. As of the date of this declaration, KCC has received 61,489 Claim Forms.

5     15. **Revocation Requests**. The deadline for Class Members to file a revocation request is no
6 later than 30 days after the Final Approval Order is submitted by the Court. As of the date of this
7 declaration, KCC has received 798 Revocation Request Forms.

8     16. **Administrative Costs**. As of January 1, 2014, KCC has accrued costs totaling
9 $1,192,731. Going forward, KCC estimates an additional $239,369 - $294,369 will be accrued
10 administering the settlement resulting in a total estimated cost of $1,432,100 - $1,487,100.

12 I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true
13 and correct to the best of my knowledge. Executed on this 14th day of January 2014 at Novato,
14 California.

                                                  Patrick M. Passarella

# Exhibit A

**Claim ID:** <<Claim ID>>

**IF YOU RECEIVED A CALL THROUGH THE USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR A PRERECORDED VOICE FROM DISCOVER TO YOUR CELLULAR TELEPHONE BETWEEN NOVEMBER 30, 2007 AND SEPTEMBER 10, 2013, THIS NOTICE DESCRIBES YOUR RIGHTS IN CONNECTION WITH SETTLEMENT OF A LAWSUIT AND YOUR POTENTIAL RECOVERY.**

You may be entitled to a payment under a proposed class action settlement. In the lawsuit entitled Andrew Steinfeld v. Discover Financial Services, et al., U.S.D.C., Northern District of California Case No. 3:12-cv-01118-JSW (the "Action"), Plaintiffs claim that Discover Financial Services or related parties (including Discover Bank, The Student Loan Corporation and Discover Home Loans) ("Discover") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA"), by placing calls on or after November 30, 2007 to cellular telephones through the use of an automatic telephone dialing system or an artificial or prerecorded voice without the prior express consent of Plaintiffs and the putative class members. Discover denies these claims and denies any claim of wrongdoing. The Court has not decided who is right. However, in settlement of the Action, Discover has agreed to implement practice changes and establish a settlement fund of $8.7 million. **This notice is only a summary. Details of the settlement, including information on how to file a claim, are available at www.SteinfeldTCPASettlement.com or by writing to or calling the Claims Administrator at the address or toll-free number below.**

Discover's records indicate that you may be a member of the Settlement Class because Discover may have placed a call to your cellular telephone number using an automatic telephone dialing system or an artificial or prerecorded voice at some time between November 30, 2007 and September 10, 2013. Settlement Class Members may (1) submit Revocation Request Forms requesting that Discover cease making calls to their cellular telephone numbers using an automatic telephone dialing system or an artificial or prerecorded voice, (2) submit Claim Forms requesting money from the settlement in the form of a check or in the form of a one-time credit against the balance of their Discover credit card account, (3) exclude themselves from the settlement, (4) object to the settlement, and/or (5) do nothing. Class Counsel estimate that settlement payments or credits will be between $20 and $40, but could be more or less based on factors including the number of claims submitted.

**You cannot receive a payment unless your claim is received by February 25, 2014**. In addition to payments to the Settlement Class Members, the settlement provides for not more than $2,175,000 in attorneys' fees and costs and $2,000 in service awards for the two representative plaintiffs to be sought from the Court by counsel for the Settlement Class. In the event that there are any remaining monies from uncashed checks totaling $50,000 or less, such monies will be paid to charity.

If you do not want to be legally bound by the settlement, you may opt out of the settlement by sending a request for exclusion to the Claims Administrator postmarked no later than **January 13, 2014**. If you exclude yourself from the settlement, you will not receive any money or other benefits from the settlement. If you stay in the settlement (i.e. do not exclude yourself from the settlement), you may object to the settlement by explaining in writing why you do not like the settlement postmarked no later than **January 13, 2014**. You will be bound by the settlement if your objection is rejected. If you do nothing (i.e. submit no claim or request for exclusion) you will not receive any benefits from the settlement but will nevertheless be bound by the settlement. All Settlement Class Members who do not exclude themselves will be bound by any judgment approving the settlement and will give up any right to sue Discover or related parties for any known or unknown claims relating to calls made to their cellular telephone numbers, including alleged violations of the TCPA.

**TO OBTAIN FULL INSTRUCTIONS FOR EXCLUDING YOURSELF, FILING AN OBJECTION, SUBMITTING A REVOCATION REQUEST FORM, OR SUBMITTING A CLAIM FORM, GO TO WWW.STEINFELDTCPASETTLEMENT.COM, OR WRITE OR CALL THE CLAIMS ADMINISTRATOR AT STEINFELD TCPA CLAIMS ADMINISTRATOR, P.O. BOX 43209, PROVIDENCE, RI 02940-3209 OR 1-800-248-1796 (TOLL-FREE).**

**THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS. DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT. DO NOT CONTACT DISCOVER ABOUT THE SETTLEMENT. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

# Exhibit B

**Discover TCPA Claims Administrator**
P.O. Box 43209
Providence RI  02940-3209

«Barcode»

Postal Service: Please do not mark barcode

DTS – Claim#: «ClaimID»             «MailRec»

«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»  «Country»

# DTS

**IF YOU RECEIVED A CALL THROUGH THE USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR A PRERECORDED VOICE FROM DISCOVER TO YOUR CELLULAR TELEPHONE BETWEEN NOVEMBER 30, 2007 AND SEPTEMBER 10, 2013, THIS NOTICE DESCRIBES YOUR RIGHTS IN CONNECTION WITH SETTLEMENT OF A LAWSUIT AND YOUR POTENTIAL RECOVERY.**

You may be entitled to a payment under a proposed class action settlement. In the lawsuit entitled <u>Andrew Steinfeld v. Discover Financial Services, et al.</u>, U.S.D.C., Northern District of California Case No. 3:12-cv-01118-JSW (the "Action"), Plaintiffs claim that Discover Financial Services or related parties (including Discover Bank, The Student Loan Corporation and Discover Home Loans) ("Discover") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA"), by placing calls on or after November 30, 2007 to cellular telephones through the use of an automatic telephone dialing system or an artificial or prerecorded voice without the prior express consent of Plaintiffs and the putative class members. Discover denies these claims and denies any claim of wrongdoing. The Court has not decided who is right. However, in settlement of the Action, Discover has agreed to implement practice changes and establish a settlement fund of $8.7 million. **This notice is only a summary. Details of the settlement, including information on how to file a claim, are available at www.SteinfeldTCPASettlement.com or by writing to or calling the Claims Administrator at the address or toll-free number below.**

Discover's records indicate that you may be a member of the Settlement Class because Discover may have placed a call to your cellular telephone number using an automatic telephone dialing system or an artificial or prerecorded voice at some time between November 30, 2007 and September 10, 2013. Settlement Class Members may (1) submit Revocation Request Forms requesting that Discover cease making calls to their cellular telephone numbers using an automatic telephone dialing system or an artificial or prerecorded voice, (2) submit Claim Forms requesting money from the settlement in the form of a check or in the form of a one-time credit against the balance of their Discover credit card account, (3) exclude themselves from the settlement, (4) object to the settlement, and/or (5) do nothing. Class Counsel estimate that settlement payments or credits will be between $20 and $40, but could be more or less based on factors including the number of claims submitted.

**You cannot receive a payment unless your claim is received by February 25, 2014**. In addition to payments to the Settlement Class Members, the settlement provides for not more than $2,175,000 in attorneys' fees and costs and $2,000 in service awards for the two representative plaintiffs to be sought from the Court by counsel for the Settlement Class. In the event that there are any remaining monies from uncashed checks totaling $50,000 or less, such monies will be paid to charity.

If you do not want to be legally bound by the settlement, you may opt out of the settlement by sending a request for exclusion to the Claims Administrator postmarked no later than **January 13, 2014**. If you exclude yourself from the settlement, you will not receive any money or other benefits from the settlement. If you stay in the settlement (i.e. do not exclude yourself from the settlement), you may object to the settlement by explaining in writing why you do not like the settlement postmarked no later than **January 13, 2014**. You will be bound by the settlement if your objection is rejected. If you do nothing (i.e. submit no claim or request for exclusion) you will not receive any benefits from the settlement but will nevertheless be bound by the settlement. All Settlement Class Members who do not exclude themselves will be bound by any judgment approving the settlement and will give up any right to sue Discover or related parties for any known or unknown claims relating to calls made to their cellular telephone numbers, including alleged violations of the TCPA.

**TO OBTAIN FULL INSTRUCTIONS FOR EXCLUDING YOURSELF, FILING AN OBJECTION, SUBMITTING A REVOCATION REQUEST FORM, OR SUBMITTING A CLAIM FORM, GO TO WWW.STEINFELDTCPASETTLEMENT.COM, OR WRITE OR CALL THE CLAIMS ADMINISTRATOR AT STEINFELD TCPA CLAIMS ADMINISTRATOR, P.O. BOX 43209, PROVIDENCE, RI 02940-3209 OR 1-800-248-1796 (TOLL-FREE).**

**THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS. DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT. DO NOT CONTACT DISCOVER ABOUT THE SETTLEMENT. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

# Exhibit C



# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on the following dates **Wednesday, November 27, 2013** the following legal advertisement – **Andrew Steinfeld v. Discover Financial Services, et al.** – was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
December 3, 2013

This __3__ day of __December__ month __2013__ year.

_____
Notary Public

```
JULIE ROTH
NOTARY PUBLIC
REG. #7573317
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DECEMBER 31, 2017
```

# NBA

# Trail Blazers playing with fire

## Portland still tries to keep 11-game streak in context

**Sam Amick**
@sam_amick
USA TODAY Sports

**PORTLAND, ORE.** For all the chatter about the Philadelphia 76ers and Phoenix Suns and their unexpectedly strong starts, and as impressive as the San Antonio Spurs and Indiana Pacers (both 13-1) have been to this point, no team has captured the attention of its peers as much as the Portland Trail Blazers.

Seventeen months after luring Neil Olshey from the Los Angeles Clippers team that he built into a contender and naming him general manager, the Blazers have become a force and reeled off 11 consecutive victories.

But streaks such as this require a certain level of discipline and humility to maintain, a nearsightedness of sorts that allows a team to chip away at this 82-game schedule without considering the greater context.

That, more than anything, is how the Blazers have done this. And that, as coach Terry Stotts will tell you, is why he can hardly even remember how this whole joyride began in the first place.

"I think the best thing that we're doing right now is we're looking at the next game," Stotts said. "I don't think we've gotten caught up in the win streak. The games that we won that started this streak are long behind us, and I couldn't even name you the game where it started. I think the most important part is that we're playing like we have something to prove, and we need to continue that."

Stotts is a former Dallas Mavericks assistant and former head coach with the Atlanta Hawks and Milwaukee Bucks. He replaced interim Blazers coach Kaleb Canales in August 2012 after Nate McMillan had been fired. Stotts has led Portland to a 13-2 start, and the 11-game streak is the longest in the NBA this season.

"The luxury about the NBA is that you don't have time to admire your work. ... It's a lot of fun," said shooting guard Wesley Matthews, the resident underdog who was undrafted out of Marquette in 2009 and is hav-



Trail Blazers guard Wesley Matthews, who was averaging 13.3 points in his career entering this season, is scoring 17.3 points a game this season. "Winning is always fun," the fifth-year player says.
KYLE TERADA, USA TODAY SPORTS

ing his best season as a pro. "Winning is always fun. But we've still got to get (to the playoffs). The West is tough, and we're taking it game by game."

As well they should.

The 2007-08 Blazers won 13 in a row, which was good for second best in franchise history and three off the team record. They kept it going from there, too, winning 17 of 18 games during that stretch. In the end, though, Portland finished 41-41 and missed the playoffs by nine games (the Denver Nuggets were the eighth seed with a 50-32 record).

Still, LaMarcus Aldridge — the only remaining player from that team — sees more potential with these Blazers.

"I don't want to disrespect that team, because that was a very, very special team, but this team has a dif-

ferent feeling," he said. "It's — I wouldn't say easier — but it's just (that) we blend better. This team is so selfless. Everybody makes the extra pass. Guys know where the ball should be in the fourth quarter. Guys play their roles. They don't try to do more than they should. This team just feels different. It feels good right now."

Even with Stotts' intentionally fuzzy memory during this run, he managed to remember a few wins that meant more than the rest.

"We've got wins that we'll look back on that were important wins," he said. "After the start in Brooklyn (on Nov. 18), giving up 40 (points in the first quarter), and then holding them under 100 (in a 108-98 win). To have a game like Chicago (on Friday), down 21 (points) and you (win

98-95)."

Then there was the win Saturday vs. the Golden State Warriors. A third-quarter scuffle that started when Warriors center Andrew Bogut and Blazers center Joel Freeland tussled in the paint led to two suspensions (Bogut one game, Blazers guard Mo Williams one game) and three fines (Aldridge, Matthews and the Warriors' Draymond Green). The Blazers overcame an eight-point deficit to beat one of the best teams in the loaded Western Conference 113-101.

"It's just guys playing for each other, guys laying it on the line, everybody having everybody's back," Aldridge said. "Every quarter a different guy is showing up and making big shots and making big plays, so this team has been great all season."

### Eastern Conference

| Atlantic | W | L | Pct | GB | Streak |
|---|---|---|---|---|---|
| Toronto | 6 | 8 | .429 | — | L-1 |
| Philadelphia | 6 | 9 | .400 | ½ | L-2 |
| Boston | 6 | 10 | .375 | 1 | W-2 |
| Brooklyn | 4 | 10 | .286 | 2 | W-1 |
| New York | 3 | 10 | .231 | 2½ | L-6 |

| Southeast | W | L | Pct | GB | Streak |
|---|---|---|---|---|---|
| Miami | 11 | 3 | .786 | — | W-7 |
| Atlanta | 8 | 7 | .533 | 3½ | W-1 |
| Charlotte | 7 | 8 | .467 | 4½ | L-1 |
| Washington | 6 | 8 | .429 | 5 | W-2 |
| Orlando | 5 | 9 | .357 | 6 | W-1 |

| Central | W | L | Pct | GB | Streak |
|---|---|---|---|---|---|
| Indiana | 13 | 1 | .929 | — | W-4 |
| Chicago | 6 | 7 | .462 | 6½ | L-4 |
| Detroit | 6 | 8 | .429 | 7 | W-2 |
| Cleveland | 4 | 10 | .286 | 9 | L-3 |
| Milwaukee | 2 | 11 | .154 | 10½ | L-9 |

### Western Conference

| Southwest | W | L | Pct | GB | Streak |
|---|---|---|---|---|---|
| San Antonio | 13 | 1 | .929 | — | W-11 |
| Houston | 10 | 5 | .667 | 3½ | W-2 |
| Dallas | 9 | 6 | .600 | 4½ | L-1 |
| Memphis | 7 | 7 | .500 | 6 | L-2 |
| New Orleans | 6 | 8 | .429 | 7 | L-2 |

| Northwest | W | L | Pct | GB | Streak |
|---|---|---|---|---|---|
| Portland | 13 | 2 | .867 | — | W-11 |
| Okla. City | 9 | 3 | .750 | 2½ | W-4 |
| Denver | 7 | 6 | .538 | 5 | W-3 |
| Minnesota | 8 | 7 | .500 | 5½ | L-2 |
| Utah | 2 | 14 | .125 | 11½ | W-1 |

| Pacific | W | L | Pct | GB | Streak |
|---|---|---|---|---|---|
| L.A. Clippers | 10 | 5 | .667 | — | W-2 |
| Golden State | 9 | 6 | .600 | 1 | W-1 |
| Phoenix | 7 | 7 | .500 | 2½ | L-1 |
| L.A. Lakers | 7 | 8 | .467 | 2 | L-1 |
| Sacramento | 4 | 9 | .308 | 5 | L-2 |

**Tuesday's results**
Washington 116, L.A. Lakers 111
Brooklyn 102, Toronto 100
Orlando 109, Atlanta 92
Golden State 102, New Orleans 101

**Today's games**
Philadelphia at Orlando, 7
Indiana at Charlotte, 7
L.A. Lakers at Brooklyn, 7:30
Memphis at Boston, 7:30
Miami at Cleveland, 7:30
Chicago at Detroit, 7:30
Denver at Minnesota, 8
San Antonio at Oklahoma City, 8
Washington at Milwaukee, 8
Golden State at Dallas, 8:30
Portland at Phoenix, 9
New York at L.A. Clippers, 10:30

**Monday's results**
Boston 96, Charlotte 86
Indiana 98, Minnesota 84
Detroit 113, Milwaukee 94
Miami 107, Phoenix 92
Houston 93, Memphis 86
San Antonio 112, New Orleans 93
Denver 110, Dallas 96
Utah 89, Chicago 83 (OT)
Portland 102, New York 91

### NETS 102, RAPTORS 100

| | | | | | | |
|---|---|---|---|---|---|---|
| Brooklyn | 26 | 29 | 26 | 21 | — | 102 |
| Toronto | 28 | 23 | 25 | 24 | — | 100 |

**Brooklyn** — Pierce 5-8 5-5 16, Garnett 5-11 2-2 12, Blatche 10-16 4-4 24, Livingston 1-3 3-4 5, Johnson 7-18 4-4 21, Plumlee 4-5 1-1 9, Anderson 3-8 0-0 6, Taylor 4-7 1-2 9, Teletovic 0-1 0-0 0. **Totals** 39-77 20-22 102.
**Toronto** — Gay 3-12 2-2 9, A. Johnson 2-7 2-2 6, Valanciunas 3-6 1-1 7, Lowry 8-15 6-6 24, DeRozan 9-15 5-5 27, Hansbrough 2-5 1-2 5, Ross 3-7 0-0 7, Fields 0-1 0-0 0, Novak 3-6 4-4 12, Augustin 0-1 0-0 0, Fields 0-1 0-0 0. **Totals** 34-76 21-22 100.
**3-point goals:** Brooklyn 4-14 (J.Johnson 3-5, Pierce 1-3, Taylor 0-1, Blatche 0-1, Anderson 0-4), Toronto 11-26 (DeRozan 4-6, Novak 2-4, Lowry 2-5, Gay 1-2, Buycks 1-2, Ross 1-4, Augustin 0-1, A.Johnson 0-2). **Fouled out:** None. **Rebounds:** Brooklyn 42 (Garnett, Livingston, J.Johnson 6), Toronto 43 (Hansbrough, Valanciunas 7). **Assists:** Brooklyn 25 (Livingston 7), Toronto 18 (Lowry 6). **Total fouls:** Brooklyn 18, Toronto 24. **Technicals:** Brooklyn delay of game. **Att.:** 16,421.

### WIZARDS 116, LAKERS 111

| | | | | | | |
|---|---|---|---|---|---|---|
| L.A. Lakers | 29 | 26 | 22 | 34 | — | 111 |
| Washington | 31 | 28 | 23 | 34 | — | 116 |

**L.A. Lakers** — Johnson 4-7 0-0 11, Hill 5-10 0-0 10, Gasol 8-15 1-1 17, Blake 6-11 1-1 13, Meeks 3-5 2-2 10, Williams 1-7 0-0 2, Young 6-12 2-4 16, Farmar 9-11 1-2 22, Henry 2-5 0-0 5. **Totals** 44-83 10-13 111.
**Washington** — Webster 8-15 0-0 20, Nene 13-22 4-6 30, Gortat 6-8 3-4 15, Wall 10-18 11-12 31, Ariza 6-14 0-0 13, Vesely 1-3 0-0 2, Temple 1-3 0-0 2, Maynor 1-4 0-0 3, Singleton 0-0 0-0 0. **Totals** 46-87 18-22 116.
**3-point goals:** L.A. Lakers 13-28 (Farmar 3-4, Johnson 3-6, Meeks 2-3, Young 2-4, Blake 2-5, Henry 1-2, Williams 0-4), Washington 6-21 (Webster 4-8, Maynor 1-3, Ariza 1-7, Temple 0-1, Wall 0-2). **Fouled out:** None. **Rebounds:** L.A. Lakers 38 (Hill 8), Washington 49 (Webster 9). **Assists:** L.A. Lakers 30 (Gasol, Farmar 8), Washington 25 (Wall 9). **Total fouls:** L.A. Lakers 19, Washington 14. **Att.:** 19,204.

### MAGIC 109, HAWKS 92

| | | | | | | |
|---|---|---|---|---|---|---|
| Orlando | 26 | 23 | 36 | 24 | — | 109 |
| Atlanta | 25 | 28 | 20 | 19 | — | 92 |

**Orlando** — Afflalo 9-18 4-4 26, Davis 3-9 2-2 8, Vucevic 4-7 4-5 12, Nelson 3-11 1-2 8, Oladipo 7-11 3-3 18, Nicholson 8-11 1-1 18, Moore 5-8 1-1 12, Harkless 1-3 1-2 3, Lamb 1-1 0-0 2, O'Quinn 0-1 0-0 0, Price 0-1 0-0 0, Jones 1-2 0-0 2. **Totals** 42-83 17-20 109.
**Atlanta** — Carroll 3-8 2-2 9, Millsap 4-7 2-3 10, Horford 7-10 1-2 15, Teague 4-11 6-6 15, Korver 1-6 0-0 3, Ayon 0-5 2-2 2, Williams 3-9 2-2 11, Martin 2-3 2-2 7, Scott 1-6 1-2 4, Mack 3-5 0-0 6, Antic 1-2 3-4 6, Schroder 1-1 2-2 4, Jenkins 0-0 0-0 0. **Totals** 30-73 23-27 92.
**3-point goals:** Orlando 8-22 (Afflalo 4-7, Oladipo 1-2, Nicholson 1-2, Moore 1-3, Nelson 1-7, Harkless 0-1), Atlanta 9-22 (Williams 3-5, Martin 1-1, Antic 1-1, Scott 1-2, Teague 1-2, Carroll 1-3, Korver 1-6, Horford 0-1, Mack 0-1). **Fouled out:** None. **Rebounds:** Orlando 48 (Vucevic 13), Atlanta 43 (Carroll 7). **Assists:** Orlando 29 (Nelson 10), Atlanta 22 (Williams 8). **Total fouls:** Orlando 20, Atlanta 19. **Att.:** 13,164.

### WARRIORS 102, PELICANS 101

| | | | | | | |
|---|---|---|---|---|---|---|
| Golden State | 28 | 29 | 19 | 26 | — | 102 |
| New Orleans | 18 | 31 | 28 | 24 | — | 101 |

**Golden State** — Barnes 6-12 1-4 14, Lee 6-14 7-7 19, O'Neal 9-12 0-0 18, Curry 7-20 0-0 16, Thompson 8-18 3-6 22, Green 2-6 2-4 7, Speights 2-3 2-2 6, Nedovic 0-2 0-0 0, Bazemore 0-1 0-0 0. **Totals** 40-88 15-21 102.
**New Orleans** — Aminu 2-3 0-0 4, Davis 6-9 2-2 14, Smith 6-14 2-2 14, Holiday 7-16 0-0 17, Gordon 6-12 2-4 16, Anderson 8-17 2-2 21, Amundson 0-1 0-0 0, Roberts 0-2 0-0 0, Evans 5-11 2-3 12, Morrow 1-2 0-0 3. **Totals** 41-87 10-13 101.
**3-point goals:** Golden State 7-19 (Thompson 3-6, Curry 2-5, Barnes 1-2, Green 1-4, Bazemore 0-1, Nedovic 0-1), New Orleans 9-19 (Holiday 3-5, Anderson 3-6, Gordon 2-5, Morrow 1-2, Evans 0-1). **Fouled out:** None. **Rebounds:** Golden State 53 (Curry, O'Neal 8), New Orleans 50 (Anderson 12). **Assists:** Golden State 25 (Curry 9), New Orleans 22 (Holiday, Gordon 7). **Total fouls:** Golden State 14, New Orleans 21. **Technicals:** Golden State defensive three second. **Att.:** 15,330.

---

# Extending contract 'win-win' situation

▶ CONTINUED FROM 1C

perspective, it was easy just to accept it. It was pretty quick. The only number I saw was the one I agreed to."

He said he wasn't concerned about his potential free agency overshadowing the season and was not a reason he signed the deal now. He is clearly thrilled to be a "Laker for life," as he said.

"The amount of love and respect that I have for the Buss family, the Lakers organization, trumps anything else that I wanted," he said. "I

just wanted to come out and play. If they wanted to wait and see how I played, that's fine. If they didn't, that's great.

"But I just wanted to come out and do what I do best and try to help this organization get back to where it belongs. It's really that simple for me."

While Bryant might have flirted with leaving the Lakers earlier in his career, exploring the free agent market wasn't high on his list for the summer of 2014.

"You can't help but kind of look around, right, and kind of wonder



The extension announced Monday is "probably" Bryant's last.
KIRBY LEE, USA TODAY SPORTS

what would happen if they plugged you into this rotation or that rotation, but this time around it wasn't the case," he said. "In 2004, yeah. Now, no, because my focus was on my injury and coming back from this with this ballclub. All my attention was focused on that. It had to be. It has to be."

Bryant said he was weeks away from returning rather than days, ruling out playing on a trip that continues today against the Brooklyn Nets and ends Friday against the Detroit Pistons.

Question is, how much of the old Kobe Bryant will we see when he does return to the court?

"If I am one of the top players in the league still (and) if I still have some gas in the tank, that's a challenge that I willingly accept," Bryant said.

---

## NFL NOTES

# Receiver Crabtree active for 49ers

**Tom Pelissero**
@TomPelissero
USA TODAY Sports

The San Francisco 49ers activated receiver Michael Crabtree from the reserve/physically unable to perform list as expected Tuesday, setting the stage for his return to game action this weekend.

Crabtree, 26, had surgery a little more than six months ago for a torn Achilles tendon suffered during offseason practice. He was cleared to practice Nov. 5, making Tuesday the deadline for activating him or moving him to injured reserve under PUP rules.

He set career highs across the board last season with 85 receptions for 1,105 yards and nine touchdowns, and his production spiked once quarterback Colin Kaepernick became the starter.

Kaepernick and the 49ers certainly could use Crabtree now. They rank last in passing yards entering Sunday's home game against the St. Louis Rams.

**Seahawks sign Cox:** Shorthanded at cornerback in the face of at least one suspension and perhaps two, the Seattle Seahawks announced the signing of cornerback Perrish Cox on Tuesday.

Cox, 26, appeared in nine games as a reserve for the 49ers this season before being cut Nov. 13.

He takes the roster spot vacated by cornerback Walter Thurmond, whose four-game suspension for violating the NFL's substance-abuse



Michael Crabtree suffered a torn Achilles tendon during the offseason.
JOHN DAVID MERCER, USA TODAY SPORTS

policy became official Tuesday.

Thurmond, a key reserve who has started the last three games, is eligible to return to the roster Dec. 23.

Starting cornerback Brandon Browner is facing a one-year ban for violating the substance-abuse policy, a person with knowledge of the situation told USA TODAY Sports on Monday. The person spoke on the condition of anonymity because of confidentiality rules.

Browner is appealing the suspension.

**Griffin loses appeal:** The NFL denied Tennessee Titans safety Michael Griffin's appeal Tuesday, upholding his one-game suspension as a repeat violator of safety rules prohibiting hits to the head and neck area of defenseless players.

Griffin was flagged for unnecessary

roughness in Sunday's win against the Oakland Raiders after hitting Raiders tight end Mychal Rivera in the head and neck area. It was Griffin's second such penalty of the season and fourth since 2011.

Also Tuesday, the Titans signed kick returner Leon Washington. The eight-year veteran, who most recently played for the New England Patriots, has returned 245 kicks for a 25.9-yard average and eight touchdowns. He returned three kicks for touchdowns in 2007 and 2010 as a member of the New York Jets and Seahawks, respectively.

**Foles officially No. 1:** Philadelphia Eagles quarterback Nick Foles has been named the starter for the rest of the season.

Coach Chip Kelly made the announcement Tuesday as the team returned from its bye week and began preparations for the Arizona Cardinals (7-4) on Sunday.

The Eagles (6-5) are tied for first place in the NFC East with the Dallas Cowboys.

"Nick will be our starter," Kelly said. "And hopefully we get Mike (Vick) back through a full week of practice and he'll be able to be the No. 2 guy."

Foles has played in parts of seven games this season. He has thrown for 1,554 yards with 16 touchdowns and no interceptions, and the Eagles are 4-1 in his five starts. He has thrown 199 passes, dating to last season, without an interception.

Contributing: Staff and wire reports

---

**TO ALL PERSONS IN THE UNITED STATES TO WHOM DISCOVER PLACED A NON-EMERGENCY TELEPHONE CALL TO THEIR CELLULAR TELEPHONES THROUGH THE USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR AN ARTIFICIAL OR PRERECORDED VOICE BETWEEN NOVEMBER 30, 2007 AND SEPTEMBER 10, 2013**

**Read This Notice Carefully.**
**You Could Receive Benefits from this Class Action Settlement.**

A settlement has been proposed in a class action lawsuit relating to calls allegedly made by Discover to cellular telephones through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice. This notice is only a summary.

**Description of Litigation.** Plaintiffs claim that Discover violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA"), by placing calls on or after November 30, 2007 to cellular telephones through the use of an automatic telephone dialing system or an artificial or prerecorded voice without the prior express consent of Plaintiffs and the putative class members. Discover denies these allegations and denies any claim of wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or Discover's defenses.

**Settlement.** Class Counsel and Plaintiffs have concluded, after due investigation and carefully considering the relevant circumstances and applicable law, that it would be in the best interest of the Settlement Class to enter into a settlement agreement in order to avoid the uncertainties of litigation and to assure that the benefits reflected in the settlement agreement are obtained for the Class. Plaintiffs and Discover have negotiated a settlement agreement which they believe will, if approved by the Court, benefit Settlement Class Members.

**Who Is Included?** The Settlement Class includes all persons in the United States to whom Discover Financial Services or any related parties (including Discover Bank, The Student Loan Corporation or Discover Home Loans) placed a non-emergency telephone call to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between November 30, 2007 and September 10, 2013.

**Settlement Payments.** Discover has agreed to establish a settlement fund of $8.7 million. The settlement fund will be used to make payments to Plaintiffs and Settlement Class Members; to pay for notice and settlement administration; and to pay Class Counsel's attorneys' fees and costs. Discover also has agreed to make changes to cease calling the cellular telephone numbers of those Settlement Class Members who timely submit a valid Revocation Request Form.

The settlement fund will be used first to pay for notice and settlement administration costs, and then (subject to Court approval) to pay up to $2,175,000 in attorneys' fees and costs and $2,000 to each of the two Plaintiffs for their services in the case. The balance of the settlement fund will be paid to Settlement Class Members. If the settlement is approved, estimated claims payments will be between $20 and $40. Settlement Class Members may claim one settlement award. Claims will be paid either by a check mailed directly to Class Members or by a credit to Settlement Class Members' accounts. If there is any money left after all claims are paid, it will be paid to Settlement Class Members or to charity.

**How Do I Make A Claim?** Claim Forms and Revocation Request Forms are available at www.SteinfeldTCPASettlement.com or by calling 1-800-248-1796. You must complete and mail the Claim Form by **February 25, 2014** in order to receive a settlement payment.

**Other Options.** If you don't want to be legally bound by the settlement, you must request exclusion by **January 13, 2014**, or you will not be able to independently sue about the legal claims in this case. If you request exclusion, you will not get money from this Settlement. If you do not request exclusion from the Settlement, you may nevertheless object to it by explaining in writing why you do not like the Settlement by **January 13, 2014**. If you remain a member of the Settlement Class, you will be bound by any judgment entered whether or not it is favorable to the Settlement Class. You can find more information about these options at www.SteinfeldTCPASettlement.com or call 1-800-248-1796.

The Court will have a hearing in this case (Andrew Steinfeld v. Discover Financial Services, et al., U.S.D.C., Northern District of California Case No. 3:12-cv-01118-JSW) to consider whether to approve the Settlement on February 14, 2014, at 9:00 a.m., before the Hon. Jeffrey S. White, United States District Judge, in Courtroom 11 of the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California. Requests to appear at the hearing must be made by **January 13, 2014**. You may also enter an appearance through your own attorney if you desire. For more information, visit www.SteinfeldTCPASettlement.com or call 1-800-248-1796.

**DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT. DO NOT CONTACT DISCOVER ABOUT THE SETTLEMENT. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

# Exhibit D



# Exhibit D
Exclusion Report as of January 10, 2014

| Claim ID | Last Name | First Name | Date Received |
|---|---|---|---|
| 17369210201 | ABRAHAM | STACY | 12/30/13 |
| 11166093201 | ADAMS | SHEILA R | 12/16/13 |
| 18144673001 | BAIG | JABRAN | 12/23/13 |
| 16554914201 | BARNES | JANETTE | 12/26/13 |
| 14201660301 | BAUER | JAMES | 12/24/13 |
| 14858119501 | BENNETT | JOHN | 12/09/13 |
| 17240549001 | BLOUNT | JOHN | 12/11/13 |
| 11162470801 | BOONE | ROSE | 12/16/13 |
| 17913778501 | BRANTON | RICHARD | 12/09/13 |
| 17333908601 | BRUNELLE | BEVERLY | 12/09/13 |
| 13520003901 | BRUNSWIG | KALEB | 12/30/13 |
| 14378844901 | BURTON | SUSAN | 12/06/13 |
| 18340448801 | CARNAHAN | JOHN P | 01/02/14 |
| 14353070701 | CHANDLER | GREGORY | 12/18/13 |
| 10026531501 | CHEN | CHAO | 12/16/13 |
| 16927897901 | CLASON | JAMES | 01/02/14 |
| 14142342001 | CLEVER | PETER | 11/12/13 |
| 15124609901 | CLINE | ROBERT | 12/30/13 |
| 14646923901 | CLYBURN | AMANDA | 12/17/13 |
| 13586111101 | CLYBURN | JERRYD | 12/17/13 |
| 10805068301 | CONTINI | KYLE | 11/26/13 |
| 18694910801 | CORDERO | ROBERT | 12/19/13 |
| 18113961301 | CORONOA | ROSALIE | 12/11/13 |
| 11718316701 | COX | GERALDINE | 12/27/13 |
| 12686506101 | CUNDY | CARLA | 11/29/13 |
| 11484026001 | DANIELS | JENNIFER | 11/12/13 |
| 12428006701 | DAQUILLA | KATHRYN | 12/26/13 |
| 900593301 | DAVIS | MARK | 11/20/13 |
| 15033684601 | DEFEE | PATRICIA | 12/09/13 |
| 13665744801 | DEZINNO | BRIDGET | 12/05/13 |
| 13532634501 | DILL | CHARMAINE | 12/09/13 |
| 13110950901 | DIRKS | RICHARD | 12/17/13 |
| 11503584901 | DUPLAIN | NASHALA | 12/18/13 |
| 16117705001 | EDMONDSON | LINDA | 12/16/13 |
| 15218604901 | EDWARDS | DON | 12/18/13 |
| 13247639301 | ELKANOUNI | ABDELWAHID | 12/26/13 |
| 19098226301 | FAW | MICHAEL | 12/24/13 |
| 19098226301 | FAW | TONIA | 12/24/13 |
| 17310081801 | FERRAND | BETTY | 12/24/13 |
| 18331367701 | FICHTER | LINDA | 12/26/13 |
| 13641434501 | FOSDICK | AMY | 12/17/13 |
| 13801312301 | FURTADO | LYNNE | 12/05/13 |
| 16423201101 | GARLAND | VIVI | 12/26/13 |
| 11275880001 | GRAMS | GLENN | 11/29/13 |
| 12746878001 | GRONEFELD | JOSEPH | 11/27/13 |
| 18606971601 | GUDERMUTH | CATHY | 12/09/13 |
| 18893839401 | HA | SUJIN | 12/16/13 |
| 17843107201 | HACHEM | HALA | 12/09/13 |



# Exhibit D
Exclusion Report as of January 10, 2014

| Claim ID | Last Name | First Name | Date Received |
|---|---|---|---|
| 17704823201 | HADEL | AUDREY | 12/18/13 |
| 17035690501 | HARTMAN | RANDY C | 12/16/13 |
| 11315115901 | HAWKS | ROBERT | 12/06/13 |
| 15016496801 | HELTOE | CHERYL | 12/11/13 |
| 12510108901 | HEWGE | HARIN | 12/02/13 |
| 14971125601 | HOWELL | ROGER | 12/02/13 |
| 12617492101 | HUEGEL | CAROL | 11/25/13 |
| 13992157601 | HUGHES | ROBBIE | 01/02/14 |
| 16161791801 | HUYNH | THUY | 12/02/13 |
| 17713012001 | JACOBS | RICHARD | 12/30/13 |
| 12600076101 | JAMES | DAWN | 11/27/13 |
| 11425207501 | JAMES | JANICE A | 01/02/14 |
| 14193552201 | JEFFREY | CAROL | 12/17/13 |
| 15368358201 | JOHNSON | TERESA | 12/17/13 |
| 10794301301 | JONES | JANA | 12/17/13 |
| 12078705201 | KORTENS | KARI | 12/26/13 |
| 15621045901 | KROLL | CYNTHIA | 12/30/13 |
| 10353945101 | KUNTZ | ALISSA | 12/16/13 |
| 17367812901 | KUNTZ | C LEON | 12/12/13 |
| 14858040301 | LANG | JOYCE | 12/09/13 |
| 13629158201 | LARSEN | DEBBIE | 12/30/13 |
| 12140002501 | LIGHT | ERIC | 12/11/13 |
| 18169412801 | LOPEZ | EDITH J | 01/02/14 |
| 16992843301 | LUCAS | TRACY LYNN | 12/06/13 |
| 14955321301 | LUCIANO | BETTY | 12/17/13 |
| 17650773501 | LUSKEY | DIANE | 12/06/13 |
| 13663862401 | MAHILO | MATTHEW | 12/27/13 |
| 10528330701 | MANCUSO | ANDREW | 12/11/13 |
| 14761798401 | MANNING | TRACI | 12/11/13 |
| 13509367301 | MARTINS | LAURA | 12/17/13 |
| 15895471301 | MAYDOLE | VERNA | 12/09/13 |
| 15476733501 | MCNEILL | CYNTHIA | 12/24/13 |
| 17215582401 | MENDEZ | SHELLY M | 01/02/14 |
| 13333086201 | MERIWETHER | PETER | 12/20/13 |
| 16783481201 | MIRACLE | ROSEMARIE | 12/16/13 |
| 13328991601 | MOITOZO | LAURA | 12/09/13 |
| 18389007301 | MOLLO | VALERIA | 12/05/13 |
| 17745828801 | MONROE | MARTHA A | 01/02/14 |
| 11373070601 | MORIN | JESSICA | 12/11/13 |
| 13108928601 | MULLEN | PAUL | 12/16/13 |
| 18924577301 | MURROW | MARILYN A | 12/16/13 |
| 11815772301 | NORTON | KATHY | 12/16/13 |
| 14904221801 | OGUNMEFUN | MORENIKE | 01/02/14 |
| 10255114501 | OH | YEARIM | 11/26/13 |
| 18415055301 | PADGETT | BRETT | 12/24/13 |
| 13451947401 | PALLIS | KENNETH | 12/19/13 |
| 16311202201 | PARMER | MARIA | 12/11/13 |
| 11751781101 | PEREZ | STEVE | 12/09/13 |



# Exhibit D
Exclusion Report as of January 10, 2014

| Claim ID | Last Name | First Name | Date Received |
|---|---|---|---|
| 14882548501 | PETERSON | HAROLD | 12/06/13 |
| 16738865401 | POIRIER | CHRISTINA | 12/09/13 |
| 17241007101 | RADLIFF | JOSHUA | 12/09/13 |
| 14754911501 | REICH | STEVEN | 12/09/13 |
| 11966106801 | RHETT | ROYCE | 12/18/13 |
| 18245168901 | ROBBINS | FRANK | 12/26/13 |
| 14940801801 | ROBERTS | KIMBERLY | 01/02/14 |
| 17429735001 | ROCKWELL | TOWERS | 12/20/13 |
| 16238689801 | RYAN | ALFRED | 12/23/13 |
| 16238689801 | RYAN | ALFRED E | 12/23/13 |
| 906596201 | RYAN | FRANCINE | 12/23/13 |
| 15940395901 | SALAMAN | MADELYN | 12/23/13 |
| 11306246101 | SCHWANEBACK | LINDA | 12/17/13 |
| 11101383501 | SHABAS | DAVID | 12/04/13 |
| 11347856201 | SHAIK | RUBEENA | 12/26/13 |
| 12146907401 | SHARIFULLIN | ALMAZ | 12/09/13 |
| 17667400701 | SHAW | JONATHAN | 11/29/13 |
| 12821699201 | SHER | JUDITH | 12/26/13 |
| 12146455601 | SMITH | VICKY | 12/18/13 |
| 17584898101 | STEADMAN | LISA H | 01/02/14 |
| 16371677801 | TAYLOR | GEORGE | 12/24/13 |
| 10296325301 | TERRY | CLARISSA | 12/17/13 |
| 16168516001 | THORBJOMSEN | DENISE | 12/09/13 |
| 14219462101 | TOLOMEO | DIANE J | 01/02/14 |
| 17215582401 | TORRES | SHELLY | 12/18/13 |
| 15510694601 | TRINH | NINH | 12/05/13 |
| 14399791901 | TRUMP | KRISTEN M | 01/02/14 |
| 10994700901 | TUCKER | ANDONICA | 12/17/13 |
| 11877452901 | VARNER | ANDREW | 12/02/13 |
| 17709211701 | VASILYEVA | IRINA | 12/26/13 |
| 12406870401 | WALKER | MILENA | 12/27/13 |
| 11495255301 | WANGLER | MARY | 01/02/14 |
| 16691731001 | WELCH | JANE | 12/09/13 |
| 12593071901 | WENGER | MELVIN | 12/09/13 |
| 906569001 | WHITLOW | CLARENCE | 12/26/13 |
| 18663737801 | WISE | LONITA W | 12/16/13 |
| 17947542301 | WRIGHT | NORMA | 12/17/13 |

# Exhibit E

**Exhibit E**

Objection Report as of January 10, 2014

| ClaimID | Last Name | First Name | Date | Notes |
|---|---|---|---|---|
| 17345750201 | BACHAN | MALLIKA | 1/16/2013 | |
| 15446168401 | BARTON | MICHAEL JAMES | 1/13/2014 | WITHDRAWN |
| 15881678001 | DECICCO | ERIK ANTHONY | 1/13/2014 | |
| 18766172801 | FERGUSON | CINDY | 1/14/2013 | |
| 15267123701 | GARDNER | JANICE L | 1/16/2014 | |
| 13997323001 | PALMER | DELIRIS ALVARADO | 1/13/2014 | WITHDRAWN |
| 16306987601 | RIOUX | TIMOTHY A | 11/22/2013 | |
| 13278670901 | ROYTER | LAURA | 1/16/2014 | |
| 14549187001 | SIBLEY | GARY W | 1/16/2014 | |