IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>  Defendants. | **No. C 12-01118 JSW**<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES** |

I, **JONATHAN D. CARAMEROS,** declare:

  1.   I am a Senior Managing Consultant at KCC Class Action Services, LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

  2.   This declaration supplements the information provided in the Declaration of Jonathan D. Carameros re: Notice Procedures [Docket No. 65-1] filed with the Court on January 10, 2014. Capitalized terms used in this Declaration but not defined shall have the meaning ascribed to them in Settlement Agreement and Release [Docket No. 49] filed with the Court on May 17, 2013.

  3.   **Claim Forms**. The deadline for Class Members to file a claim is a postmarked deadline of February 25, 2014. As of the date of this declaration, KCC has received 102,982 Claim Forms.

  4.   **Revocation Requests**. The deadline for Class Members to file a revocation request is no later than 30 days after the Final Approval Order is submitted by the Court. As of the date of this

1 declaration, KCC has received 1,168 Revocation Request Forms.

2     5. **Administrative Costs**. As of the date of this declaration, KCC has accrued costs totaling $1,261,172.14 in administrative costs. Separate from this amount, KCC sent a supplemental email campaign which cost $16,585. The Parties have agreed that the supplemental email campaign will be paid for by Class Counsel separate from the Settlement Fund.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on this 13TH day of February 2014 Novato, California.

_____
Jonathan D. Carameros