IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>　　　　　Defendants. | **No. C 12-01118 JSW**<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN D. CARAMEROS RE: CLAIMS ADMINISTRATION** |

I, **JONATHAN D. CARAMEROS,** declare:

　　1.　　I am a Senior Managing Consultant at KCC Class Action Services, LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

　　2.　　This declaration further supplements the information provided in the Supplemental Declaration of Jonathan D. Carameros re: Notice Procedures [Docket No. 91] filed with the Court on February 14, 2014 and the Declaration of Jonathan D. Carameros re: Notice Procedures [Docket No. 65-1] filed with the Court on January 10, 2014. Capitalized terms used in this Declaration but not defined shall have the meaning ascribed to them in Settlement Agreement and Release [Docket No. 49] filed with the Court on May 17, 2013.

　　3.　　**Claim Forms**. The deadline for Class Members to file a claim is a postmarked deadline of February 25, 2014. As of the date of this declaration, KCC has received 109,154 timely Claim Forms.

4. **Notice and Administrative Costs**. As of the date of this declaration, KCC has accrued notice and administrative costs totaling $1,261,172.15. Separate from this amount, KCC sent a supplemental email campaign which cost $16,585. The Parties have agreed that the supplemental email campaign will be paid for by Class Counsel separate from the Settlement Fund. The Parties have also agreed that Discover will, separate from and in addition to the Settlement Fund, pay an additional $90,000 if notice costs exceed $1.19 million. Taking into account this information, KCC expects to Settlement Fund to incur $1,397,100 in total notice and administrative costs.

5. **Attorneys' Fees and Costs**. KCC understands that Class Counsel have petitioned the Court for an award of fees and costs in the amount of $2,175,000, which is 25 percent of the Settlement Fund. While this amount is subject to Court approval, solely for the purpose of providing an estimated award for each class member claimant, KCC has assumed attorneys' fees and costs will be awarded in the amount requested.

6. **Class Member Awards**. Based on the above-reported information, KCC estimates that the total award per claimant will total $46.98 (i.e., [$8,700,000 - $1,397,100 - $2,175,000] ÷109,154 = $46.98).

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on this 10TH day of March 2014 Novato, California.

*[signature]*

Jonathan D. Carameros