UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STEINFELD,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>Defendants. | Case No. 12-cv-01118-JSW<br><br>**JUDGMENT** |

On March 31, 2014, the Court entered its Order Granting Motion For Final Approval Of Class Action Settlement. (Docket No. 97.) Pursuant to that Order, and the Order granting the motion for attorneys' fees, JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

This action is dismissed with prejudice as to all persons who are included within the definition of the Settlement Class and who did not properly file requests for exclusion. All persons included within the definition of the Settlement Class are permanently bound by this Judgment, the Order Granting Final Approval and the Settlement Agreement.

The Plaintiffs and each and every one of the Settlement Class Members unconditionally, fully and finally releases and forever discharges the Released Parties from the Released Claims. In addition, any rights of the Settlement Class representatives and each and every one of the Settlement Class Members to the protections afforded under Section 1542 of the California Civil Code and/or any other similar, comparable, or equivalent laws, are terminated.

The Settlement Agreement (including, without limitation, its exhibits), and any and all negotiations, documents, and discussions associated with it, shall not be deemed or construed to be an admission or evidence of any violation of any statute, law, rule, regulation or principle of common law or equity, of any liability or wrongdoing, by Discover, or of the truth of any of the

claims asserted by Plaintiffs in the Actions, and evidence relating to the Settlement Agreement shall not be discoverable or used, directly or indirectly, in any way, whether in the Actions or in any other action or proceeding, except for purposes of enforcing the terms and conditions of the Settlement Agreement, the Preliminary Approval Order, the Order Granting Final Approval and/or this Judgment.

If for any reason the Settlement terminates or Final Approval does not occur, then certification of the Settlement Class shall be deemed vacated.  In such an event, the certification of the Settlement Class for settlement purposes shall not be considered as a factor in connection with any subsequent class certification issues, and the Parties shall return to the *status quo ante* in the Actions, without prejudice to the right of any of the Parties to assert any right or position that could have been asserted if the Settlement had never been reached or proposed to the Court.

In the event that any provision of the Settlement, the Order Granting Final Approval or this Judgment is asserted by Discover as a defense in whole or in part to any Claim, or otherwise asserted (including, without limitation, as a basis for a stay) in any other suit, action, or proceeding brought by a Settlement Class Member or any person actually or purportedly acting on behalf of any Settlement Class Member(s), that suit, action or other proceeding shall be immediately stayed and enjoined until this Court or the court or tribunal in which the claim is pending has determined any issues related to such defense or assertion.  Solely for purposes of such suit, action, or other proceeding, to the fullest extent they may effectively do so under applicable law, the Parties irrevocably waive and agree not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of the Court, or that the Court is, in any way, an improper venue or an inconvenient forum.  These provisions are necessary to protect the Settlement Agreement, the Order Granting Final Approval, this Judgment and this Court's authority to effectuate the Settlement, and are ordered in aid of this Court's jurisdiction and to protect its judgment.

//

//

1    This Court retains jurisdiction with respect to implementation and enforcement of the
2    terms of the Settlement Agreement.
3    **IT IS SO ORDERED AND ADJUDGED.**
4    Dated: April 7, 2014

_____
JEFFREY S. WHITE
United States District Judge