| | |
|---|---|
| 1  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>2  Jonathan D. Selbin (State Bar No. 170222)<br>    250 Hudson Street, 8th Floor<br>3  New York, NY 10013<br>    Telephone: (212) 355-9500<br>4  Facsimile: (212) 355-9592<br><br>5  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>6  Daniel M. Hutchinson (State Bar No. 239458)<br>    Nicole D. Sugnet (State Bar No. 246255)<br>7  275 Battery Street, 29th Floor<br>    San Francisco, California 94111-3339<br>8  Telephone: (415) 956-1000<br>    Facsimile: (415) 956-1008<br><br>10 TERRELL, MARSHALL, DAUDT,<br>    & WILLIE PLLC<br>11 Beth E. Terrell (State Bar No. 178181)<br>    bterrell@tmdwlaw.com<br>12 936 North 34th Street, Suite 400<br>    Seattle, Washington 98103-8869<br>13 Telephone: (206) 816-6603<br>    Facsimile: (206) 350-3528 | MEYER WILSON CO., LPA<br>Matthew R. Wilson (State Bar No. 290473)<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br><br>ANKCORN LAW FIRM<br>Mark Ankcorn (State Bar No. 166871)<br>11622 El Camino Real, Suite 100<br>San Diego, California 92130<br>Telephone: (619) 870-0600<br>Facsimile: (619) 684-3541 |

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| ANDREW STEINFELD and WALTER BRADLEY on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>    Defendants. | Case No. 3:12-cv-01118-JSW<br><br>**JOINT REPORT REGARDING COMPLETION OF DISTRIBUTION OF SETTLEMENT FUNDS TO CLASS AND APPROVED *CY PRES* RECIPIENT**<br><br>CLASS ACTION |

1289935.2

LA 51972801

Plaintiffs Andrew Steinfeld and Walter Bradley ("Plaintiffs"), on behalf of themselves and the Settlement Class Members, and Defendants Discover Financial Services, DFS Services, LLC, and Discover Bank ("Discover," together with Plaintiffs, collectively, the "Parties"), respectfully submit this report to inform the Court that the Parties have completed administering the class action Settlement in the above-entitled action and have complied with all requirements set forth in (1) the Parties' Court-approved Settlement Agreement and Release (Dkt. No. 49 at Ex. B); (2) the Parties' Court-approved First Amendment to Settlement Agreement and Release (Dkt. No. 55-1); (3) the Court's Order Granting Motion for Preliminary Approval ("Preliminary Approval Order") (Dkt. No. 57); (4) the Court's Revised Order Preliminarily Approving Class Action Settlement ("Revised Preliminary Approval Order") (Dkt. No. 59); (5) the Court's Order Granting Motion for Final Approval (Dkt. No. 97); and (6) the Judgment (Dkt. No. 100).[1]

This case involved Plaintiffs' allegations that Defendants called Plaintiffs and Class Members on their cell phones through the use of automatic telephone dialing systems and/or using an artificial or prerecorded voice without their prior express consent, in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A). Defendants denied these allegations and maintained that they did not violate any laws or otherwise act improperly.

As the Court is aware, the Settlement was reached only after three full-day mediation sessions before the Honorable Carl West (Ret.) of JAMS and a mediator's proposal. The Settlement provided for direct monetary relief to Class Members who made timely and valid claims in the form of a cash award or a credit against the balance of a Discover credit card. The Settlement also allowed Class Members to stop any unwanted calls to their cell phones by submitting a simple, one-page Revocation Request.

Promptly upon finality of the Settlement, the Parties undertook to implement its terms expeditiously and efficiently. A key focus of their work, and that of the Court-appointed settlement administrator, was to ensure that all Settlement funds went to the Settlement Class Members and to minimize funds that were not deliverable. To that end, all Settlement Class

---

[1] Capitalized terms are defined in the Settlement Agreement, as amended, unless otherwise indicated.

Members who submitted valid and timely Claim Forms ("Valid Claimants") received a Settlement Award in the form of a settlement check or a Credit Award on or before September 9, 2014. Ex. A (Carameros Decl.) ¶ 2; Ex. B (Thompson Decl.) ¶ 3. The overwhelming majority of the settlement checks distributed to Valid Claimants were cashed. *See id.* ¶ 3. Specifically, of the 87,274 checks initially distributed to Valid Claimants, 83,706 were cashed for a total amount of $4,075,645.14. *Id.* Pursuant to the Settlement Agreement and the Court's Orders, the small remainder of uncashed checks not used to defray notice and settlement administration costs—totaling $227,016.18—has been delivered as credits to all Valid Claimants who had a Discover credit card account where a Credit Award could be paid. *Id.* ¶ 4; *see also* Ex. C (Smith Decl.) ¶ 3. Per the Settlement Agreement and the Court's Orders, the funds remaining after the second distribution of Credit Awards—totaling $4,513.23—were distributed *cy pres* to Equal Justice Works. Ex A (Carameros Decl.) ¶ 5.

With distribution of all Settlement funds to the Class and the remainder *cy pres* to Equal Justice Works, all Settlement terms have been fully implemented and work on the Settlement is now complete.

The parties stand ready to answer any questions or provide any additional information or reporting the Court desires.

Dated: February 12, 2016

By: */s/ Daniel M. Hutchinson*
Daniel M. Hutchinson

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
Email: dhutchinson@lchb.com
Nicole D. Sugnet
Email: nsugnet@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

| | |
|---|---|
| 1 | TERRELL MARSHALL DAUDT |
| 2 | & WILLIE PLLC |
|   | Beth E. Terrell |
| 3 | bterrell@tmdwlaw.com |
|   | 936 North 34th Street, Suite 400 |
| 4 | Seattle, Washington 98103-8869 |
|   | Telephone: (206) 816-6603 |
| 5 | Facsimile: (206) 350-3528 |

ANKCORN LAW FIRM
Mark Ankcorn
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (619) 870-0600
Facsimile: (619) 684-3541

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiffs and the Class*

Dated: February 12, 2016      STROOCK & STROOCK & LAVAN LLP

By: */s/ Julia B. Strickland*
    Julia B. Strickland

Julia B. Strickland
jstrickland@stroock.com
Lisa M. Simonetti
lsimonetti@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

*Attorneys for Defendants Discover Financial Services;
DFS Services, LLC; and Discover Bank*

**ATTESTATION**

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Julia B. Strickland has concurred in this filing.

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson